# United States District Court

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
AUG 14 2003
MARY L. M. MORAN
CLERK OF COURT

JULIA BORJA EMMANUEL,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,
    Defendants.

CASE NUMBER: **03-00030**

TO: (Name and address of defendant)

    GUAM-MICRONESIA MISSION
    388 YPAO ROAD
    TAMUNING, GUAM 96911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ., P.C.
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

DATE: AUG 07 2003

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8.7.03 |
| NAME OF SERVER (PRINT) Lucia J. Lagos | TITLE Licensed Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Guam Seventh-Day Adventist Clinic, Ypao Rd. CV03-00030, Kurt Rose

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL Vehicle | SERVICES Serve Summons | TOTAL $35.— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8.7.03
Date

Signature of Server: Lucia Lagos
192 W. San Antonio
Dededo, Guam 96929
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.