SANDRA D. LYNCH, ESQ., P.C.
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-6848
Fax: (671) 477-5790
E-Mail: sdl@cbblaw.net

*Attorneys for Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 12 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>    Defendants. | CIVIL CASE NO. 03-00030<br><br>SCHEDULING ORDER |

1. Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

2. The nature of the case is as follows: Plaintiff filed suit against her employer, Guam Seventh Day Adventist Clinic, Guam-Micronesia Mission, Michael Mahoney, and Does 1 through 10 under Title VII of the Civil Rights Act, alleging that she was discriminated against in her terms and conditions of employment.

3. There are no motions pending or filed in this matter. Discovery has not been initiated by any

party at this time.

4. All motions to add parties and claims shall be filed on or before **May 4, 2004** and heard on **June 9, 2004 at 9:30 a.m.**

5. All motions to amend pleadings shall be filed on or before **May 4, 2004** and heard on **June, 9, 2004 at 9:30 a.m.**

6. Status of Discovery:

   a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

   1. The "initial disclosures" described in subsections (A), (B), (C) and (D) of the FRCivP Rule 26(a)(1) shall be exchanged by ~~May 7, 2004~~ **December 1, 2003** [Pursuant to local rules, these are not to be filed]

   2. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **June 9, 2004.** The disclosure of expert testimony by defendants' experts shall be made by **August 5, 2004**;

   3. The "pretrial disclosures" described in FRCivP Rule 26()(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by ~~October 22,~~ **November 15** 2004;

   b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery;

   **Plaintiffs:** Interrogatories, Requests to Produce, Admissions and depositions;

   **Defendants:** Interrogatories, Requests to Produce, Admissions and depositions;

6. ~~The parties shall appear before the District Court on _____ at _____ a.m. for the initial scheduling conference;~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is **September 20, 2004.**

8. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders.

-2-

| | |
|---|---|
| 1 | All discovery motions shall be filed on or before **October 1, 2004**, and heard on or about |
| 2 | **October 22, 2004** at **10:00 a.m.** |
| 3 | 9. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive |
| 4 | motions shall be filed on or before **October ~~1~~ 15, 2004**, and heard on or about ~~October 22~~ November 12, |
| 5 | **2004** at **10:00 a.m.** |
| 6 | 10. The prospects for settlement are unknown at this time; |
| 7 | 11. The Preliminary Pre-Trial Conference shall be held on **November ~~1~~ 24, 2004** at ~~10:00 a.m.~~ 3:00 pm (no |
| 8 | later than twenty-one (21) days prior to trial); |
| 9 | 12. The parties' pretrial materials, discovery materials, final witness lists, designations and final |
| 10 | exhibit lists shall be filed on or before ~~November 1~~ December 1, **2004**; |
| 11 | 13. The proposed Pre-Trial Order shall be filed on or before ~~November~~ December **1, 2004** (no later than |
| 12 | fourteen (14) days prior to trial; |
| 13 | 14. The Final Pre-Trial Conference shall be held on ~~November 8~~ December 7, **2004** at **3:00 p.m.** (seven (7) |
| 14 | days prior to trial); |
| 15 | 15. The trial shall be held on ~~November~~ December **15 9, 2004** at ~~8~~:**30 a.m.** |
| 16 | 16. The trial is a jury trial; |
| 17 | 17. It is anticipated that the trial will take 3 weeks to try; |
| 18 | 18. The names of counsel are as follows: |
| 19 | For Plaintiffs: Sandra D. Lynch |
| 20 | 251 Martyr Street / Suite 101 |
| 21 | Hagatna, Guam 96910 / Telephone: (671) 472-6848 |
| 22 | Fax: (671) 477-5790 |
| 23 | For Defendants: David Ledger / CARLSMITH BALL |
| 24 | Suite 401, Bank of Hawaii Bldg. / 134 W. Soledad Avenue |
| 25 | Hagatna, Guam 96932 / Telephone (671) 472-6813 |
| 26 | Fax: (671) 477-4375 |

2. The parties wish to submit this case to a settlement judge;

3. The following issues will affect the status or management of the case:

   a) At least one of the defendants is an off island resident;

   b) Some of the witnesses are off island residents.

Dated this _____NOV 1 0 2003_____.

*signature*
HONORABLE JOHN S. UNPINGCO
Chief Judge, District of Guam

*Submitted by:*

LAW OFFICE OF SANDRA D. LYNCH

By: *signature*
Sandra D. Lynch, Esq.
Attorney for Plaintiffs

*Approved By:*

CARLSMITH BALL

By: *signature*
David Ledger, Esq.
Attorneys for Defendants

RECEIVED
NOV 04 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-4-