LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
MAR 18 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>SUBSTITUTION OF ATTORNEY |

Plaintiff herein substitutes LUJAN, AGUIGUI & PEREZ LLP, in place of Sandra D. Lynch, Esq.

Dated this 15th day of March, 2004.

_____
JULIA BORJA EMMANUEL

I agree to the above substitution and hereby withdraw as counsel herein.

Dated this 16th day of March, 2004.

_____
SANDRA D. LYNCH, ESQ.

Page 1 of 2
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Substitution of Attorney

ORIGINAL

Case 1:03-cv-00030   Document 8   Filed 03/18/2004   Page 1 of 2

**LUJAN, AGUIGUI & PEREZ LLP** hereby enters its appearance as counsel for Plaintiff Julia Borja Emmanuel herein.

Dated this 15th day of March, 2004.

                                                  **LUJAN, AGUIGUI & PEREZ LLP**

                                                  DAVID J. LUJAN, ESQ.

SO ORDERED this 18th day of March, 2004.

                                                  **JOHN S. UNPINGCO**
                                                **District Judge**

RECEIVED
MAR 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM