·'ORIGINAL●

CARLSMITH BALL LLP

DAVID LEDGER
MEREDITH SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-Day Adventist Clinic
Guam-Micronesia Mission and Michael Mahoney

FILED
DISTRICT COURT OF GUAM

APR 12 2004

MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>GUAM SEVENTH-DAY ADVENTIST<br>CLINIC, GUAM-MICRONESIA MISSION,<br>MICHAEL MAHONEY and DOES 1<br>through 10,<br><br>    Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**NON-AGREEMENT OF HEARING<br>DATE; DECLARATION OF SERVICE** |

I, David Ledger, Under penalty of perjury, declare as follows:

1.      I am licensed to practice law in the Territory of Guam and am admitted to

practice in this Court. I am a Partner with the law firm of Carlsmith Ball LLP, attorneys of

record for Defendants.

2.      I contacted Plaintiff's Attorney to obtain an agreed hearing date for oral

argument on Defendants Motion for Partial Summary Judgment. I requested a date in May 2004

for the hearing.

4831-5153-3056.1.037391-00004

3.    Plaintiff's attorney was unable to agree to May 2004 and instead proposed July 2004.

4.    In the circumstances, pursuant to L.R. 7.1(e)(2), the Court should determine the hearing date. Defendant seeks the earliest possible hearing date giving due consideration the normal twenty eight (28) day briefing schedule.

5.    The Hearing on Defendants Motion for Partial Summary Judgment will be held on _____, 2004 at _____ a.m./p.m.

DATED: Hagåtña, Guam, April 8, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
MEREDITH SAYRE
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic
Guam-Micronesia Mission and
Michael Mahoney

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 12th day of April 2004, I will cause to be served, via hand delivery, a true and correct copy of NON-AGREEMENT OF HEARING DATE; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

> Peter C. Perez, Esq.
> Lujan, Aguigui & Perez, LLP
> Suite 301, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

Executed this 12th day of April 2004, at Hagåtña, Guam.

DAVID LEDGER