ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICORNESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>    Defendants. | Civil Case No. 03-00030<br><br><br>ORDER |

    On April 15, 2004, Defendants filed a Motion for Partial Summary Judgment. The parties could not agree on a hearing date for oral argument on the motion and thus requested the Court to set a date for the hearing. Accordingly, the Court will hear oral argument on the Motion for Partial Summary Judgment on June 25, 2004 at 10:30 a.m. Plaintiff shall file a response to the motion no later than May 19, 2004. The Defendants may file a reply brief no later than June 2, 2004.

    SO ORDERED this 30th day of April, 2004.

JOHN S. UNPINGCO
District Judge