LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
MAY 19 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>CERTIFICATE OF SERVICE |

I, **DAVID J. LUJAN, ESQ.**, do hereby declare under penalty of perjury that on the 19th day of May, 2004, I served a copy of the Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment via hand delivery on the following:

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

Dated this 19th day of May, 2004.

LUJAN, AGUIGUI & PEREZ LLP

DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

**ORIGINAL**