ORIGINAL



FILED
DISTRICT COURT OF GUAM
JUN - 4 2004
MARY L. M. MORAN
CLERK OF COURT
15

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
MEREDITH SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-Day Adventist Clinic
Guam-Micronesia Mission and Michael Mahoney

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY and DOES 1 through 10,<br><br>    Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**AMENDED DECLARATION OF SERVICE** |

      I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 4th day of June 2004, I will serve, via hand delivery, a true and correct copy of **Defendants' Reply to Plaintiff's Opposition to Motion for Partial Summary Judgment; Declaration of Service** upon Plaintiff's Counsel of record as follows:

        Peter C. Perez, Esq.
        Lujan, Aguigui & Perez, LLP
        Suite 301, Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910

On June 3, 2004, I faxed a copy of **Defendants' Reply to Plaintiff's Opposition to Motion for Partial Summary Judgment; Declaration of Service** upon Mr. Peter Perez.

Executed this 4th day of June 2004, at Hagåtña, Guam.

_____
DAVID LEDGER