FILED
DISTRICT COURT OF GUAM
JUN 22 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICORNESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 03-00030<br><br><br>ORDER |

Due to the scheduling needs of the Court, the June 25, 2004 hearing on the defendants' Motion for Partial Summary Judgment is hereby moved to Friday, July 30, 2004 at 10:30 a.m. before the Honorable John C. Coughenour.

SO ORDERED this 22nd day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge