LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
JUL 1 2 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br>**PLAINTIFF'S NOTICE OF DEPOSITION** |

**TO:** **DEFENDANT MICHAEL MAHONEY and his Attorney of Record David P. Ledger of Carlsmith Ball**

Please take notice that the Plaintiff Julie Borja Emmanuel, through counsel undersigned, will take the deposition upon oral examination of **MICHAEL MAHONEY** on **WEDNESDAY, AUGUST 4, 2004**, commencing at **10:00 A.M.** at the law offices of **LUJAN, AGUIGUI & PEREZ LLP**, Suite 300, Pacific News Building, 238 Archbishop Flores Street, Hagåtña, Guam 96910. Said deposition will be taken before a notary public or other officer authorized to administer oaths, recorded by sound, and shall continue from day to day until completed.

Dated this 12th day of July, 2004.

LUJAN, AGUIGUI & PEREZ LLP

DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*