FILED
DISTRICT COURT OF GUAM
FEB 15 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff.<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1-10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>**ORDER** |

Due to the scheduling needs of the Court, the trial set for March 15, 2005 and scheduled pre-trial conferences are hereby vacated. The parties are to file a Joint Proposed Trial Date wherein the parties are to provide the Court with the earliest date they can proceed to trial. The parties are to file their Joint Proposed Trial Date no later than 10 business days from the filing of this Order. Thereafter, the Court will issue an Order setting forth the dates for the trial and pre-trial conferences.

Dated this 15 day of February 2005.

ROGER L. HUNT*
UNITED STATES DISTRICT JUDGE

---

*The Honorable Roger L. Hunt, United States District Judge for Nevada, by designation.