ORIGINAL

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

**FILED**
DISTRICT COURT OF GUAM
FEB 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br>DEMAND FOR JURY |

Plaintiff hereby demands a trial by jury of six (6) persons on all issues.

Dated: February 15, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP

By: _____
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

*Julia Borja Emmanuel*
*vs. Guam Seventh Day Adventist,*
*et.al; CV03-00030*
*Demand for Jury*

1

## CERTIFICATE OF SERVICE

I, PETER J. SABLAN, ESQ., HEREBY CERTIFY that a copy of the Demand for Jury document will be duly served by HAND DELIVERY to the Defendants' Attorneys of Record as identified below at their last known address on the date herein indicated:

DAVID LEDGER, ESQ.
CARLSMITH BALL
SUITE 401, BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910

DATED: February 15, 2005, Hagåtña, Guam.

LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP

By: _____
PETER J. SABLAN, ESQ.

*Julia Borja Emmanuel*
*vs. Guam Seventh Day Adventist,*
*et.al; CV03-00030*
*Demand for Jury*