1  **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Plaintiff Julia Borja Emmanuel*

**FILED**
DISTRICT COURT OF GUAM

MAR 1 1 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

25

6              **IN THE UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF GUAM**

8  JULIA BORJA EMMANUEL,          CIVIL CASE NO. 03-00030

9              Plaintiff,

10      -vs-

11  GUAM SEVENTH-DAY ADVENTIST     **STIPUALTION AND AMENDED**
    CLINIC, GUAM-MICRONESIA        **SCHEDULING ORDER**
12  MISSION, MICHAEL MAHONEY, and
    DOES 1 through 10,
13
14              Defendants.

15
16          In accordance with this court's February 15, 2005 Order, the parties have agreed that the

17  earliest date they can proceed to trial would be between August 15, 2005 and September 31,

18  2005.

19          The Preliminary Pre-Trial Conference shall be held on  July 26, 2005 , at

20   11:00   a .m. ( no later than twenty-one (21) days prior to trial).

21          The parties pretrial materials, discovery materials, final witness lists, designations and

22  final exhibit lists shall be filed on or before  August 2, 2005        .

23          The proposed Pre-Trial Order shall be filed on or before  Aug. 2, 2005   (no later

24  than fourteen (14) days prior to trial).

25          The Final Pre-Trial Conference shall be held on  Aug. 9, 2005   at  10:30

26   a .m. (seven (7) days prior to trial).

27
28


ORIGINAL

The trial shall be held on ___August 16, 2005___ at ___9:00___ a.m.

SO STIPULATED this 1st day of March 2005.

LUJAN, UNPINGCO, AGUIGUI &
PEREZ, LLP

CARLSMITH BALL LLP

By: _____

PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julia Borja Emmanuel*

By: _____

DAVID P. LEDGER, ESQ.
*Attorneys for Guam Seventh Day Adventist,
et.al.*

***ORDER***

SO ORDERED:

Dated: ___3/11/05___

_____

JOAQUIN V.E. MANIBUSIAN, JR.
MAGISTRATE JUDGE, DISTRICT OF GUAM

RECEIVED

MAR 2 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Julia Borja Emmanuel v. Guam Seventh Day Adventist Clinic
Civil Case No. 03-00030
Stipulation and Amended Scheduling Order
Page 2

Case 1:03-cv-00030   Document 25   Filed 03/11/2005   Page 2 of 2