| | |
|---|---|
| 1<br>2<br>3<br>4 | **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 |

FILED
DISTRICT COURT OF GUAM
JUN 28 2005
MARY L.M. MORAN
CLERK OF COURT
(27)

*Attorneys for Plaintiff Julia Borja Emmanuel*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　　Plaintiff,<br><br>　　-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　　Defendants. | CIVIL CASE NO. 03-00030<br><br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE JURY DEMAND** |

　　Plaintiff Julia Borja Emmanuel opposes Defendant Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission's Motion to Strike her demand for a trial by jury. Plaintiff's Opposition is based on the Seventh Amendment to the Constitution of the United States, the pertinent federal laws and rules, the record and files in this case, and as discussed in the attached Memorandum of Points and Authorities in Opposition to Motion to Strike Jury Demand.

　　Respectfully submitted this 28th day of June, 2005.

　　　　　　　　　　　　　　　　　　LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　DAVID J. LUJAN, ESQ.
　　　　　　　　　　　　　　　　　　　　PETER J. SABLAN, ESQ.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Julie Borja Emmanuel*