LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO STRIKE JURY DEMAND** |

## PROCEDURAL AND FACTUAL BACKGROUND

The Plaintiff does not dispute the factual and procedural allegations contained in Defendants' Memorandum of Points and Authorities. However, Plaintiff asserts her desire to a trial by jury. On November 12, 2003, a stipulated scheduling order was filed indicating that "[t]he trial is a jury trial." On that document, David Ledger, attorney for Defendants signed and approved the order. On March 18, 2004 Plaintiff substituted her former counsel with her current counsel, David J. Lujan. As stated by Defendants, Plaintiff made a demand for a "trial by jury of six (6) persons on all issues" on February 15, 2005. This demand was made one year and six months after the complaint was originally filed.

Page 1 of 3
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic et al.
Civil Case No. CIV03-00030
Memorandum of Points and Authorities in Opposition to Motion to Strike Jury Demand

Case 1:03-cv-00030   Document 31   Filed 06/28/2005   Page 1 of 3

## ARGUMENT

"The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States shall be preserved to the parties inviolate." FED. R. CIV. P. 38 (a). "The Seventh Amendment provides that '[i]n Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved.' The right to a jury trial includes more than the common-law forms of action recognized in 1791; the phrase 'Suits at common law' refers to 'suits in which *legal* rights [are] to be ascertained and determined, in contradistinction to those where equitable rights alone [are] recognized, and equitable remedies [are] administered.' *Parsons v. Bedford,* 3 Pet. 433, 447, 7 L.Ed. 732 (1830); see also *ibid.* ('[T]he amendment then may well be construed to embrace all suits which are not of equity and admiralty jurisdiction, whatever may be the peculiar form which they may assume to settle legal rights')." *Chauffeurs v. Terry*, 494 U.S. 558, 564; 110 S.Ct. 1339; 108 L.Ed.2d 519 (1990).

Here, Plaintiff filed the demand one year and six months after filing the Complaint. The Complaint was filed by her original counsel, Sandra D. Lynch. On February 15, 2005, the Demand for Jury was made by her current counsel. As such, in all fairness, the Plaintiff requests that this court allow the Plaintiff her right to a jury trial as declared by the Seventh Amendment to the Constitution of the United States.

In addition, a jury demand may be preserved upon the indorsed pleading of the parties. FED. R. CIV. P. 38 (a) and (b).

Here, the Defendants indorsed the demand for jury when Defendants' attorney signed and approved the Scheduling Order filed on November 12, 2003, which indicates in paragraph 16,

Page 2 of 3
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic et al.
Civil Case No. CIV03-00030
Memorandum of Points and Authorities in Opposition to Motion to Strike Jury Demand

Case 1:03-cv-00030   Document 31   Filed 06/28/2005   Page 2 of 3

that the trial is to be by jury. Therefore, Plaintiff's demand for a trial by jury should not be stricken.

## CONCLUSION

For the reasons stated herein, the defendants' Motion to Strike Jury Demand should be denied.

Respectfully submitted this 28th day of June, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By:_____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

Page 3 of 3
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic et al.
Civil Case No. CIV03-00030
Memorandum of Points and Authorities in Opposition to Motion to Strike Jury Demand

Case 1:03-cv-00030    Document 31    Filed 06/28/2005    Page 3 of 3