FILED
DISTRICT COURT OF GUAM
JUL 14 2005
MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY and DOES 1 through 10,<br><br>    Defendants. | Civil Case No. 03-00030<br><br><br><br>ORDER |

Due to the scheduling needs of the Court, the August 16, 2005 trial date and all related pretrial deadlines are hereby vacated. The parties shall appear for a status conference on Wednesday, August 3, 2005 at 9:30 a.m. to discuss the earliest date they can proceed to trial.

SO ORDERED this 14th day of July 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL