DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00030          DATE: 08/03/2005          TIME: 9:36 a.m.

CAPTION: **JULIA BORJA EMMANUEL - vs - GUAM SEVENTH-DAY ADVENTIST CLINIC, et al.**

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:36:57 - 9:45:54

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald

**APPEARANCES**

COUNSEL FOR PLAINTIFF(s):          COUNSEL FOR DEFENDANT(s):

PETER SABLAN                       DAVID LEDGER

***

**PROCEEDINGS:**          **STATUS CONFERENCE**

( ) MOTION ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

( ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES: (ORAL MOTION)**

The Court informed the parties that a new trial date has to be set because there is no visiting judge scheduled to be in Guam on August 16, 2005. The Court instructed the parties to review the court calendar and to consult with their clients regarding possible trial dates. The parties stated that they will inform the Court no later than 10 days from today of the agreed dates.