ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and Michael Mahoney



FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**SELECTION OF TRIAL DATE; DECLARATION OF SERVICE** |

A Status Conference to determine a trial date for this action was held on August 3, 2005. The Court informed the Parties of dates in September, November and December 2005 during which the Court could set this action for trial before a visiting judge.

Counsel for Defendants informed the Court that Counsel would have to contact Michael Mahoney, a key witness and former defendant in the action, to confirm when Mr. Mahoney could attend the trial, in that Mr. Mahoney had recently taken employment overseas.

After consulting with the current Administrator of the Seventh Day Adventist Clinic, Defendants are able to hereby inform the Court that Mr. Mahoney will be available for trial in

December 2005. Accordingly, Defendants select the December 5-16, 2005 time frame to conduct Trial in this non-jury action, and respectfully request the Court to set the case for trial at that time.

DATED: Hagåtña, Guam, August 12, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on August 12, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS SELECTION OF TRIAL DATES upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Unpingco, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 12th day of August 2005 at Hagåtña, Guam.

*[signature]*
DAVID LEDGER