**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>**SELECTION OF TRIAL DATE** |

Counsel for Plaintiff will be available for trial during December 5-16, 2005 and respectfully requests the Court to set this case for trial at that time.

Respectfully submitted this 16th day of August, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By:_____
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*