1    **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
2    Pacific News Building, Suite 300
238 Archbishop Flores Street
3    Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4    Facsimile (671) 477-5297

5    *Attorneys for Plaintiff Julia Borja Emmanuel*

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2005 *7P*
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>        Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>        Defendants. | CIVIL CASE NO. 03-00030<br><br>**CERTIFICATE OF SERVICE** |

I, **PETER J. SABLAN, ESQ.**, do hereby declare under penalty of perjury that on the 18th day of August, 2005, I caused a copy of the Selection of Trial Date to be served via hand delivery on the following:

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 18th day of June, 2005.

                                 LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

                                 By: _____
                                     PETER J. SABLAN, ESQ.
                                   *Attorneys for Plaintiff Julie Borja Emmanuel*

ORIGINAL