```
                    DISTRICT COURT OF GUAM
                       TERRITORY OF GUAM
```
**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005 *7P*
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY and DOES 1 through 10,<br><br>    Defendants. | Civil Case No. 03-00030<br><br>**ORDER**<br>**Setting Trial Date and Schedule** |

Due to the scheduling needs of the Court, on July 14, 2005, the Court vacated the August 16, 2005 trial date and all related pretrial deadlines. A status hearing was held on August 3, 2005, and after discussing potential scheduling conflicts, the Court instructed the parties it advise it of their earliest available dates to try the matter herein. The parties have since notified the Court that they would be available for trial between December 5 and 16, 2005. Accordingly, the trial herein shall be governed by the following schedule:

- Pursuant to Local Rule LR 16.7(b), the parties shall each file a trial brief by **Monday, November 7, 2005**;

- A preliminary pretrial conference shall be held on **Tuesday, November 15, 2005 at 10:30 a.m.**;

- The parties shall each file an Exhibit List in conformance with Rule 16.7(d) of the Local Rules of Practice for the District Court of Guam, Discovery Material Designations, and a Witness List (including potential impeachment and rebuttal witnesses) under separate cover no later than **Tuesday, November 22, 2005**. The Witness List shall also contain a brief description (two to three paragraphs) of each witness's expected testimony;

- Three complete sets of marked and tabbed exhibits in three-ring binders shall be lodged with the Court no later than **Tuesday, November 22, 2005**. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- If deposition transcripts will be used at trial, the original of said transcripts shall be lodged with the Court no later than **Tuesday, November 22, 2005**, and shall be in conformance with Rule 32.1 of the Local Rules of Practice for the District Court of Guam.

- A final pretrial conference shall be held on **Tuesday, November 29, 2005 at 10:30 a.m.**

- The jury trial shall commence on **Tuesday, December 6, 2005**[1] at 9:00 a.m. before Judge D. Lowell Jensen.[2]

SO ORDERED this 18th day of August 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] This trial date is within the 18-month time frame contemplated in the Local Rules. Additionally, a December trial date will permit the parties to attempt to settle this action during the Board's September 2005 meeting.

[2] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.