| | |
|---|---|
| Julia Borja Emmanuel,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Seventh-Day Adventist Clinic, et al.,<br><br>Defendants. | Case No. 1:03-cv-00030<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Trial Date and Schedule filed on August 18, 2005* on the dates indicated below:

*Lujan, Unpingco, Aguigu,i and Perez*    *Carlsmith Ball*
*8/23/2005*                                *8/19/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Trial Date and Schedule filed on August 18, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 23, 2005                    /s/ Shirlene A. Ishizu
                                              Deputy Clerk