·ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and Michael Mahoney



FILED
DISTRICT COURT OF GUAM

AUG 30 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANTS REQUEST FOR CORRECTION OF TRIAL SCHEDULING ORDER; DECLARATION OF SERVICE** |

On August 18, 2005, this Court filed a Trial Scheduling Order setting this action for Trial on December 6, 2005. That Order contains an error. In particular, page two of the Order refers to the Trial of this action as a "Jury Trial." However, on July 5, 2005 this Court filed an Order granting Defendants' Motion to Strike the Jury. For the convenience of the Court, that Order is attached as **Exhibit A**.

///

///

For sake of clarity and an accurate record, Defendants respectfully request the Court to file an amended and corrected Trial Scheduling Order reflecting that this action will be tried to the Court rather than a jury.

DATED: Hagåtña, Guam, August 30, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on August 30, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS REQUEST FOR CORRECTION OF TRIAL SCHEDULING ORDER upon Plaintiff's Counsel of record as follows:

> Peter J. Sablan, Esq.
> Lujan, Unpingco, Aguigui & Perez, LLP
> Suite 301, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

Executed this 30th day of August 2005 at Hagåtña, Guam.

DAVID LEDGER

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 03-00030<br><br>**ORDER**<br>**Setting Trial Date and Schedule** |

Due to the scheduling needs of the Court, on July 14, 2005, the Court vacated the August 16, 2005 trial date and all related pretrial deadlines. A status hearing was held on August 3, 2005, and after discussing potential scheduling conflicts, the Court instructed the parties it advise it of their earliest available dates to try the matter herein. The parties have since notified the Court that they would be available for trial between December 5 and 16, 2005. Accordingly, the trial herein shall be governed by the following schedule:

- Pursuant to Local Rule LR 16.7(b), the parties shall each file a trial brief by **Monday, November 7, 2005**;

- A preliminary pretrial conference shall be held on **Tuesday, November 15, 2005 at 10:30 a.m.**;

- The parties shall each file an Exhibit List in conformance with Rule 16.7(d) of the Local Rules of Practice for the District Court of Guam, Discovery Material Designations, and a Witness List (including potential impeachment and rebuttal witnesses) under separate cover no later than **Tuesday, November 22, 2005**. The Witness List shall also contain a brief description (two to three paragraphs) of each witness's expected testimony;

- Three complete sets of marked and tabbed exhibits in three-ring binders shall be lodged with the Court no later than **Tuesday, November 22, 2005**. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- If deposition transcripts will be used at trial, the original of said transcripts shall be lodged with the Court no later than **Tuesday, November 22, 2005**, and shall be in conformance with Rule 32.1 of the Local Rules of Practice for the District Court of Guam.

- A final pretrial conference shall be held on **Tuesday, November 29, 2005 at 10:30 a.m.**

- The jury trial shall commence on **Tuesday, December 6, 2005**[1] at **9:00 a.m.** before Judge D. Lowell Jensen.[2]

SO ORDERED this 18th day of August 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

[1] This trial date is within the 18-month time frame contemplated in the Local Rules. Additionally, a December trial date will permit the parties to attempt to settle this action during the Board's September 2005 meeting.

[2] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.

2