**FILED**

DISTRICT COURT OF GUAM

SEP 1 2 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL, | Civil Case No. 03-00030 |
| Plaintiff, | |
| vs. | |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY and DOES 1 through 10, | **ORDER** |
| Defendants. | |

The Court's August 18, 2005 Order (Docket No. 40) setting this matter for trial on December 6, 2005, is hereby amended to reflect that the action will be tried to the Court rather than a jury.

SO ORDERED this _12th_ day of September 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL