## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julia Borja Emmanuel,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Seventh-Day Adventist Clinic, et al.,<br><br>Defendants. | Case No. 1:03-cv-00030<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed on September 12, 2005* on the dates indicated below:

*Carlsmith Ball*  *Lujan, Unpingco, Aguigui, and Perez*
*9/12/2005*  *9/13/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed on September 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 13, 2005             /s/ Shirlene A. Ishizu
                                      Deputy Clerk