ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM

NOV - 7 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| JULIA BORJA EMMANUEL, | CIVIL CASE NO. CIV03-00030 |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S RULE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10, | |
| Defendants. | |

I. **WITNESSES**

    A.    <u>Witnesses Defendants expect to call at Trial</u>.

        1.    Frances Mantanona, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

        2.    Violet Cruz, 104 Halsey Drive, Route 6, Adelup, GU 96910, 472-3291

        3.    Mike Mahoney, Kabul, Afghanistan

        4.    Remenster Jano, Guam Micronesia Mission, 290 Chalan Palasyo, Agana Heights, GU 477-9745

4833-7588-9920.1.037391-00004

5. Julie Emmanuel, PO Box 2623, Hagatna, GU 96932, 477-2137

6. Tracee Kaipat, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

7. Marcia Cruz, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

8. Eric Oakley, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

9. Bevin Geslani, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

B. <u>Witnesses Defendants may call if the need arises</u>.

1. Stanley Ramley, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

2. Robert Wresch, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

3. Reggie Leach, 6960 Kirkwood Lane, Maple Grove, Minnesota 55369, 763-424-2156/763-424-8923

4. Jordan Urban, 5534 Bryar Rose Drive, Ooltewah, TN 37363

5. Jolene Brecht, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

6. Wesley Youngberg, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

7. Wes Taitague, Guam Adventist Academy, 1200 Aguilar Road, Yona, GU 96915, 789-1515

8. Gerry Roberts, PO Box 27290, GMF, Barrigada, GU 96921, 646-3800

9. Michael Robinson, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

10. Wayne Ward, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

11. Angie Leon Guerrero, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

12. Michael Smau, Address and Telephone Number unknown

13. Eddie Abaya, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

14. Rick Shafer, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

15. James Lee, 152 20th Century Blvd #111, Turlock, CA 95380

16. Eric Haeger, P O Box 159, Brewster, WA 98812, 509-689-3543

17. Tony Lloyd, Address and Telephone Number unknown

## II. **DOCUMENTS AND EXHIBITS**

A. <u>Documents and exhibits Defendants expects to offer at Trial</u>.

1. 7/10/03 Clinic Board Minutes
2. 9/1/02 Employment Agreement
3. Emails from M. Mahoney to B. Geslani dated 7/20/04
4. Chart: Mid-2001 Ethnic and Gender Break-down at SDA Clinic
5. Chart: Mid-2004 Ethnic and Gender Breakdown of staff at SDA Clinic
6. FY 2003 Statement of Income and Expense
7. FY 2002 Statement of Income and Expense
8. FY 2001 Statement of Income and Expense

9. FY 1999 Statement of Income and Expense

10. FY 1997 Statement of Income and Expense

11. 10/21/98 Letter from J.Emmanuel to R.Natividad

12. 11/1/98 Payroll Change Notice

13. 9/21/01 Minutes of Meeting

14. Spreadsheets of SDA Employeees listed by nationality

15. Clinic Board Minutes (4/28/98 - 9/4/03)

16. Administrative Council Minutes (11/18/97 - 9/3/02)

17. 8/16/01 Memo from M.Mahoney re Jeff Emmanuel

18. 6/29/01 Receipt by J.Emmanuel of Guam SDA Clinic Anti-Discrimination and Harassment Policy

19. 9/29/94 Letter from S.Mundy re Jorge B. Emmanuel

20. 9/1/03 Payroll Change Notice

21. Guam Seventh-day Adventist Clinic Organizational Chart

22. 2/27/03 letter from M.Mahoney to J.Emmanuel

23. 7/25/03 letter from M.Mahoney to J.Emmanuel

24. 1/1/02 - 12/31/02 Employee Earnings Report

B. Documents and exhibits Defendants may offer if the need arises.

1. (None at this time)

## III. DISCOVERY MATERIAL DESIGNATIONS

Defendant designates the following discovery responses:

1. Response to Request to Produce No. 14

2. Response to Interrogatory No. 14

## IV. OTHER WITNESSES AND DOCUMENTS

4833-7588-9920.1.037391-00004                4.
Case 1:03-cv-00030   Document 45   Filed 11/07/2005   Page 4 of 6

Defendants reserves the right to supplement this disclosure of witnesses and documents, to all rebuttal witnesses as required and to offer written rebuttal and impeachment evidence as required.

DATED: Hagåtña, Guam, November 7, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November 7, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 7th day of November 2005 at Hagåtña, Guam.

DAVID LEDGER