**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br><br>**PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES** |

I. **WITNESSES**

    A. <u>Witnesses Plaintiff Expects to Call at Trial</u>.

        1. Michael Mahoney, Kabul, Afghanistan.

        2. Julie Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

        3. Kerstan Reese, 1438 Sweet Road, Ypsilanti, Michigan 48198, Home: (734) 485-8229, Cell: (734) 262-4799.

        4. Remenster Jano, Guam Micronesia Mission, 290 Chalan Palasyo, Agana Heights, Guam, 477-9745.

        5. Robert E. Stahlnecker, Windward Hills, Guam, 789-2575.

Page 1 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 1 of 12

| | |
|---|---|
| 6. | Violet C. Cruz, 104 Halsey Drive, Route 6, Adelup, Guam 96910, 472-3291. |
| 7. | Rogelio Natividad, P.O. Box 23842, GMF, Guam 96921, Home: 632-2365. |
| 8. | Frances Matanona, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881. |
| 9. | Eduardo O. Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137. |
| 10. | Wesley Youngberg, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881. |
| 11. | Pamina Hofer, 217 Dormitory Drive, Unit B, P.O. Box 5208, 303 University Drive, UOG Station, Mangilao, Guam 96923, 734-0382, 734-9694. |
| 12. | Tracee Kaipat, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881. |
| 13. | Meredith Sayre, Carlsmith Ball, Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, P.O. Box BF, Hagåtña, Guam 96910, 472-6813. |
| 14. | Thomas Leon Guerrero, Barrigada, Guam, 734-5153. |
| 15. | Jorge Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137. |
| 16. | Jeff Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137. |

Page 2 of 12

Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(a)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 2 of 12

17. Jacqueline Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

B. Witnesses Plaintiff May Call at Trial.

1. Ricardo Rankin, P.O. Box 10145, Palau, Home: (680) 488-6069, Work: (680) 799-2550.

2. Rudy Roberts, Mountain View College Academy, 8700 Malaybalay City, Bukidnon, Philippines, (63-910) 459-0128, (63-919) 310-5492.

3. Gideon Ondap, Rota.

4. Richard Bretch, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, Home: 789-3733.

5. Jolene Bretch, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, Home: 789-3733.

6. Jordan Urban, 5534 Bryar Rose Drive, Ooltewah, TN 37363.

7. Buffie Lloyd, address unknown.

8. Lou Aquiningoc, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

9. Martina Garin, Chalan Pago, Guam.

10. Rebecca Alvarez, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

11. John Castro, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Page 3 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030   Document 49-2   Filed 11/14/2005   Page 3 of 12

12. Marie Pauline, P.O. Box 7407, Tamuning, Guam 96931, Home: 734-1992.

13. Pastor Kyron John, 290 Chalan Palasyo, Agana Heights, Guam 96919, Home: 477-9307, Cell: 777-3732.

14. Stanley Ramley, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

15. Michael Robinson, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

16. James Lee, 152 20th Century Blvd #111, Turlock, CA 95380.

II. **DOCUMENTS AND EXHIBITS**

    A. <u>Documents and Exhibits Plaintiff Expects to Offer at Trial</u>.

        1. By-Laws for Guam SDA Clinic.

        2. Operating Policy of the Guam-Micronesia Mission of Seventh-Day Adventists.

        3. Guam Seventh-Day Adventist Clinic, Organizational Chart.

        4. General Conference of Seventh-Day Adventist Chart.

        5. Excerpts of Guam Seventh-Day Adventist Employee Handbook.

        6. Excerpts of General Conference Working Policy.

        7. Julie Emmanuel's Miscellaneous Payroll Change Notice.

        8. Chart of Annual Lose (sic).

        9. Ad Council Recommendation to the Ad Hoc Committee's Report.

Page 4 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030   Document 49-2   Filed 11/14/2005   Page 4 of 12

| | | | |
|---|---|---|---|
| 10. | December 11, 1991 | - | Letter to Julie Emmanuel from Mark Eaton. |
| 11. | May 28, 1992 | - | Letter to Julie Emmanuel from Frances Taitague. |
| 12. | September 15, 1992 | - | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel. |
| 13. | September 25, 1992 | - | Letter to Julie Emmanuel from Mark Eaton, Administrator. |
| 14. | February 1, 1993 | - | Letter to Julie Emmanuel from Mark Eaton, Administrator. |
| 15. | January 27, 1994 | - | Letter to Julie Emmanuel from Mark Eaton, Administrator. |
| 16. | September 7, 1994 | - | Letter to Julie Emmanuel from Bill Taitague, Associate Administrator. |
| 17. | February 29, 1996 | - | Letter to Julie Emmanuel from Mark Eaton, Administrator. |
| 18. | December 4, 1996 | - | Guam SDA Clinic Homeowner's Allowance Policy. |
| 19. | May 7, 1997 | - | Memo to All Clinic Employees from Mark Eaton, Administrator. |
| 20. | April 1, 1998 | - | Letter to Julie Emmanuel from Tracee Kaipat. |

Page 5 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 5 of 12

| | | | |
|---|---|---|---|
| 21. | April 6, 1998 | - | Letter to Frances Mantanona from Don Weidemann. |
| 22. | June 8, 1998 | - | Letter to Don Weidemann from Frances Mantanona. |
| 23. | June 9, 1998 | - | Letter to Don Weidemann from Frances Mantanona. |
| 24. | December 31, 1999 and 1998 | - | Guam-Micronesia Mission Notes to the Combined Financial Statements. |
| 25. | January 6, 1999 | - | Memo to Frances Mantanona from Don Weidemann. |
| 26. | January 10, 1999 | - | Letter to Don Weidemann from Frances Mantanona. |
| 27. | January 28, 1999 | - | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. |
| 28. | January 29, 1999 | - | Email to Julie Emmanuel from Donald Weidemann. |
| 29. | February 15, 1999 | - | Email to Thelma Selerio from Daniel Weidemann. |
| 30. | April 6, 1999 | - | Letter to Julie Emmanuel from George Weathersby. |
| 31. | May 11, 1999 | - | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. |

Page 6 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030   Document 49-2   Filed 11/14/2005   Page 6 of 12

| | | | |
|---|---|---|---|
| 32. | May 11, 1999 | - | Guam Seventh-Day Adventist Clinic Administrative Council Minutes. |
| 33. | February 13, 2000 | - | Letter to Donald Weidemann from Frances Taitague-Mantanona. |
| 34. | March 27, 2001 | - | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. |
| 35. | July 24, 2001 | - | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. |
| 36. | August 16, 2001 | - | Memo from Michael Mahoney re: Jeff Emmanuel. |
| 37. | September 21, 2001 | - | Guam SDA Clinic Board Minutes. |
| 38. | September 21, 2001 | - | Guam SDA Clinic Board Minutes. |
| 39. | September 25, 2001 | - | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. |
| 40. | September 2002 | - | Guam Seventh-Day Adventist Clinic Human Resources Department Organization Chart (Revised September 2002). |
| 41. | September 2002 | - | Guam Seventh-Day Adventist Clinic Chief Financial Officer Support Organization Chart (Revised September 2002). |
| 42. | February 27, 2003 | - | Memo to Julie Emmanuel from Mike. |
| 43. | April 24, 2003 | - | Guam Seventh-day Adventist Clinic Administration Organization Chart. |

Page 7 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030   Document 49-2   Filed 11/14/2005   Page 7 of 12

| | | |
|---|---|---|
| 44. | May 20, 2003 - | Email to Julie Emmanuel from Kathy Cooper. |
| 45. | May 21, 2003 - | Letter to All Staff from Kert Reese, CFO. |
| 46. | May 28, 2003 - | Ad Hoc Committee to Save Money and Find Efficiencies. |
| 47. | May 28, 2003 - | Guam SDA Clinic, AD HOC Committee on Saving and Efficiency. |
| 48. | June 16, 2003 - | Guam SDA Clinic Interoffice Memo to All Staff from Michael Robinson, M.D., Acting Clinic Administrator. |
| 49. | July 2003 - | Janitorial Bidding for the Guam Seventh-Day Adventist Clinic from Julie Emmanuel. |
| 50. | July 2, 2003 - | Letter to Julie Emmanuel from Meredith M. Sayre. |
| 51. | July 5, 2003 - | Paradise Earth Janitorial Services Proposals 1 and 2. |
| 52. | July 7, 2003 - | Letter from Dubel SM Conlu Jr., K Cleaning Services to Kerstan Resse, CFO, Guam Seventh-Day Adventist Clinic. |
| 53. | July 7, 2003 - | Letter to Seventh-Day Adventist Clinic from Charles A. Selk, III, CASCO Enterprises. |

Page 8 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(a)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 8 of 12

| | |
|---|---|
| 54. | July 8, 2003    -    Letter from James C. McFerran, CEH, Advance Management Inc. to Kerstan Reese, CFO, Guam Seventh-Day Adventist Clinic. |
| 55. | July 9, 2003    -    Letter from Charles A. Selk, III, CASCO Enterprises to Kerstan Reese, CFO, Guam Seventh-Day Adventist Clinic. |
| 56. | July 10, 2003  -    Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. |
| 57. | July 25, 2003  -    Letter to Julie Emmanuel from Michael Mahoney. |
| 58. | July 28, 2003  -    Chart of Wages and Benefits Comparison. |
| 59. | July 28, 2003  -    Chart of Healthcare Benefit Category. |
| 60. | Janitorial Service Building (List of Proposals). |
| 61. | August 3, 2003    -    Letter to Administrative Council Members from Julie Emmanuel. |
| 62. | August 8, 2003    -    Email to Julie Emmanuel and Ed Emmanuel from Michael Mahoney. |
| 63. | August 18, 2003    -    Email to Julie Emmanuel from Michael Mahoney. |
| 64. | August 19, 2003    -    Email to Julie Emmanuel from Mike Mahoney. |
| 65. | September 22, 2003    -    Email to Julie Emmanuel form Michael Mahoney. |

Page 9 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 9 of 12

| | | | |
|---|---|---|---|
| 66. | September 26, 2003 | - | Worship Team Schedule. |
| 67. | October 15, 2003 | - | Letter to Ed Emmanuel from J.C. Urban. |
| 68. | November 14, 2003 | - | Memo to Julie Emmanuel from Tomas Leon Guerrero and Robert E. Stahlnecker. |
| 69. | November 26, 2003 | - | Letter to Ed Emmanuel from J.C. Urban. |
| 70. | November 28, 2003 | - | Invitation to 2003 SDA Clinic Christmas Party. |
| 71. | December 26, 2003 | - | Letter to the Nominating Committee from Julie B. Emmanuel. |
| 72. | December 2003 | - | Worship Team Schedule. |
| 73. | 2004 | - | Agana Heights 2004 Church Board. |
| 74. | 2004 | - | Partial Report of Nominations for 2004 Agana Heights SDA Church. |
| 75. | June 17, 2004 | - | Amended Copy of Wages and Benefits Comparison. |
| 76. | February 1, 2005 | - | Letter to Dr. Robinson from Pamina J. Hofer. |
| 77. | February 1, 2005 | - | Letter to Dr. Lombard from Pamina J. Hofer. |

Page 10 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(a)(3) Pretrial Disclosures

Case 1:03-cv-00030    Document 49-2    Filed 11/14/2005    Page 10 of 12

78. February 22, 2005 - Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic.

79. February 22, 2005 - Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic.

80. March 15, 2005 - Letter from Pamina J. Hofer, Ph.D.

81. April 12, 2005 - Letter to Julie Emmanuel from Michael Robinson, Medical Director, Guam Seventh-Day Adventist Clinic.

82. June 7, 2005 - Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic.

83. July 6, 2005 - SDA Clinic Employee Health Insurance Referral/Pre-Certification for Julie B. Emmanuel.

84. July 7, 2005 - Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic.

85. July 8, 2005 - Letter to Julie Emmanuel from HCAP Coordinator, Guam Seventh Day Adventist Clinic.

## III. DISCOVERY MATERIAL DESIGNATIONS

Plaintiff does not designate any discovery materials.

## IV. OTHER WITNESSES AND DOCUMENTS

Plaintiff reserves the right to supplement this disclosure of witnesses and documents, to all rebuttal witnesses as required and to offer written rebuttal and impeachment evidence as required.

Page 11 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(a)(3) Pretrial Disclosures

Case 1:03-cv-00030 Document 49-2 Filed 11/14/2005 Page 11 of 12

Dated this 10th day of November, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

Page 12 of 12
Julia Borja Emmanuel v. Guam Seventh-Day Adventist et al.
Civil Case No. CIV03-00030
Plaintiff's Rule 26(A)(3) Pretrial Disclosures

Case 1:03-cv-00030   Document 49-2   Filed 11/14/2005   Page 12 of 12