**FILED**
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 03-00030<br><br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE  (✓) PRELIMINARY PRETRIAL CONFERENCE
(November 15, 2005 at 10: 40 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Attorney Peter Sablan appeared with the Plaintiff Julia Borja Emmanuel and her husband Eduardo Emmanuel. Appearing on behalf of the Defendants were Attorney David Ledger and Frances Mantanona.

Magistrate Judge Manibusan reminded the parties of the pretrial deadlines which remain. Trial is scheduled to commence on December 6, 2005, at 9:00 a.m. before Senior District Judge D. Lowell Jensen. Counsel stated that the estimated length of the bench trial was four to five days. Judge Manibusan advised the parties that their proposed findings of fact and conclusions of law should be filed within 48 hours following the conclusion of the trial. Judge Manibusan also noted that the complaint herein includes Doe Defendants but none has since been identified. Accordingly, the Plaintiff may wish to dismiss all claims against Doe Defendants in the pretrial

order.

Messrs. Sablan and Ledger had questions regarding Judge Jensen's trial procedures and requested that the court staff inquire from Judge Jensen whether he intended to limit the time for opening statements. Additionally, counsel wanted to know whether Judge Jensen would permit the parties to present closing arguments orally, which would be the Plaintiff's preference, or whether he would require closing arguments to be submitted in written form as a part of the proposed findings of fact and conclusions of law. Judge Manibusan advised the parties to submit any further questions they may have to the court staff who would then inquire with Judge Jensen. Judge Manibusan stated that responses to the parties' questions will hopefully be available by the time of the final pretrial conference.

Counsel stressed that off-island witnesses will be traveling to Guam for the trial, and thus requested that the trial date remain as scheduled.

Judge Manibusan inquired whether further settlement negotiations would likely to be productive, but counsel agreed that the chances of settlement at this time are not likely.

The Preliminary Pretrial Conference concluded at 10:58 a.m.

Dated: November 15, 2005.

_____
JUDITH P. HATTORI
Law Clerk