ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2005 ap
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>        Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>        Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANT'S SUPPLEMENTAL DISCOVERY DESIGNATIONS; DECLARATION OF SERVICE** |

### III. SUPPLEMENTAL DISCOVERY MATERIAL DESIGNATIONS

Defendant designates the following discovery responses:

    3.    Response to Interrogatory No. 4

### IV. OTHER WITNESSES AND DOCUMENTS

Defendants reserves the right to supplement this disclosure of witnesses and documents, to call rebuttal witnesses as required and to offer written rebuttal and impeachment evidence as required.

DATED: Hagåtña, Guam, November _16_, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

3.

## **DECLARATION OF SERVICE**

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November _16_, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT'S SUPPLEMENTAL DISCOVERY DESIGNATIONS; upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this _16_ day of November 2005 at Hagåtña, Guam.

_____
DAVID LEDGER