ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM
NOV 1 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　　Defendants. | CIVIL CASE NO. CIV03-00030<br><br>DEFENDANT'S SUPPLEMENTAL RULE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE |

**II.** **DOCUMENTS AND EXHIBITS**

　　A. <u>Documents and exhibits Defendants expects to offer at Trial</u>.

　　[ ....]

　　25. Plaintiffs diary notes numbered "00440 to "00482"

DATED: Hagåtña, Guam, November 17, 2005.

CARLSMITH BALL LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ David Ledger
　　　　　　　　　　　　　　　　　　　　　　　DAVID LEDGER
　　　　　　　　　　　　　　　　　　　　　　　ELYZE MCDONALD
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　Guam Seventh-Day Adventist Clinic,
　　　　　　　　　　　　　　　　　　　　　　　Guam-Micronesia Mission, and
　　　　　　　　　　　　　　　　　　　　　　　Michael Mahoney

4833-1651-4816.1.037391-00004

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on November 17, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT'S SUPPLEMENTAL RULE 26(a)(3) PRETRIAL DISCLOSURES upon Plaintiff's Counsel of record as follows:

> Peter J. Sablan, Esq.
> Lujan, Aguigui & Perez, LLP
> Suite 301, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

Executed this 17th day of November 2005 at Hagåtña, Guam.

_____
DAVID LEDGER