ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　　Defendants. | CIVIL CASE NO. CIV03-00030<br><br><br>**DEFENDANTS' WITNESS LIST;<br>DECLARATION OF SERVICE** |

COMES NOW, Defendants Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission (hereinafter "Defendants"), through its attorney of record, and hereby submits its witness list as follows which Defendants exchanged with Plaintiff thirty days prior to Trial pursuant to Federal Rule of Civil Procedure 26(a)(3)(A).

　　　1.　　Frances Mantanona, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

　　　Ms. Mantanona is the administrator of Guam SDA Clinic. She will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the benefits that Plaintiff continues to receive.

4836-2722-0992.2.037391-00004

2. Violet Cruz, 104 Halsey Drive, Route 6, Adelup, GU 96910, 472-3291

Ms. Cruz was a member of the Guam SDA Clinic Board and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

3. Mike Mahoney, Kabul, Afghanistan

Mr. Mahoney is the former clinic administrator at Guam SDA Clinic and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

4. Remenster Jano, Guam Micronesia Mission, 290 Chalan Palasyo, Agana Heights, GU 477-9745

Mr. Jano is the president of the Guam Micronesia Mission, as well as the board chairman of the Guam SDA Clinic. He will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

5. Julie Emmanuel, PO Box 2623, Hagåtña, GU 96932, 477-2137

Mrs. Emmanuel is the Plaintiff.

6. Tracee Kaipat, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

Ms. Kaipat is an employee at Guam SDA Clinic and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

7. Marcia Cruz, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

Ms. Cruz is an employee at Guam SDA Clinic and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

8. Eric Oakley, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

Mr. Oakley is an employee at Guam SDA Clinic and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

9. Bevin Geslani, Guam SDA Clinic, 388 Ypao Road, Tamuning, GU 96913, 646-8881

Dr. Geslani is an employee at Guam SDA Clinic and will testify as to Defendant's underlying business decision to modify Plaintiff's position and benefits, and the lack of any discriminatory motive on Defendant's behalf.

Defendant may also call all witnesses necessary for impeachment and rebuttal.

Defendant may also call any witnesses listed on Plaintiff's Witness List.

Defendant reserves the right to amend this Witness List.

DATED: Hagåtña, Guam, November 22, 2005.

CARLSMITH BALL LLP

*/s/ Elyze McDonald*

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 22, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' WITNESS LIST upon Plaintiff's Counsel of record as follows:

>   Peter J. Sablan, Esq.
>   Lujan, Aguigui & Perez, LLP
>   Suite 301, Pacific News Building
>   238 Archbishop Flores Street
>   Hagåtña, Guam 96910

Executed this 22nd day of November 2005 at Hagåtña, Guam.

*[signature]*
ELYZE MCDONALD