ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| JULIA BORJA EMMANUEL, | CIVIL CASE NO. CIV03-00030 |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS' EXHIBIT LIST; DECLARATION OF SERVICE |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10, | |
| Defendants. | |

Defendant Guam Seventh-Day Adventist Clinic, Guam Micronesia Mission hereby submits the following List of Exhibits which may be used at Trial.

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| A. | 7/10/03 Clinic Board Minutes | | |
| B. | 9/1/02 Employment Agreement | | |
| C. | Emails from M.Mahoney to B.Geslani dated 7/20/04 | | |
| D. | Chart: Mid-2001 Ethnic and Gender Breakdown at SDA Clinic | | |

4838-5843-2256.1.037391-00004

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| E. | Chart: Mid-2004 Ethnic and Gender Breakdown of staff at SDA Clinic | | |
| F. | FY 2003 Statement of Income and Expense | | |
| G. | FY 2002 Statement of Income and Expense | | |
| H. | FY 2001 Statement of Income and Expense | | |
| I. | FY 1999 Statement of Income and Expense | | |
| J. | FY 1997 Statement of Income and Expense | | |
| K. | 10/21/98 Letter from J.Emmanuel to R.Natividad | | |
| L. | 11/1/98 Payroll Change Notice | | |
| M | 9/21/01 Minutes of Meeting | | |
| N. | Spreadsheets of SDA Employees listed by nationality | | |
| O. | Clinic Board Minutes (4/28/98 - 9/4/03) | | |
| P. | Administrative Council Minutes (11/18/97 - 9/3/02) | | |
| Q. | 8/16/01 Memo from M.Mahoney re Jeff Emmanuel | | |
| R. | 6/29/01 Receipt by J.Emmanuel of Guam SDA Clinic Anti-Discrimination and Harassment Policy | | |
| S. | 9/29/94 Letter from S.Mundy re Jorge B. Emmanuel | | |
| T. | 9/1/03 Payroll Change Notice | | |
| U. | Guam Seventh-day Adventist Clinic Organizational Chart | | |
| V. | 2/27/03 Letter from M.Mahoney to J.Emmanuel | | |
| W. | 7/25/03 Letter from M.Mahoney to J.Emmanuel | | |
| X. | 1/1/02 - 12/31/02 Employee Earnings Report | | |
| Y. | Plaintiff's diary notes numbered "00440 to "00482" | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Z. | 8/18/03 Email from M.Mahoney to J.Emmanuel | | |

DATED: Hagåtña, Guam, November 22, 2005.

CARLSMITH BALL LLP

*(signature)*
DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 22, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' EXHIBIT LIST upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 22nd day of November 2005 at Hagåtña, Guam.

*Elyze McDonald*
ELYZE MCDONALD