CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** |

Defendants Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission hereby objects to Plaintiff's Rule 26(a)(3) Pretrial Disclosures as follows:

## I. WITNESSES

Defendants object to the following witnesses listed by Plaintiff in her Rule 26(a)(3) Disclosures on the grounds that they were not disclosed by Plaintiff during discovery as to having any knowledge of the facts alleged in Plaintiff's Complaint:

　　1.　Pamina Hofer

　　2.　Tracee Kaipat

3. Meredith Sayre

4. Thomas Leon Guerrero

5. Jorge Emmanuel

6. Jeff Emmanuel

7. Jacqueline Emannuel

8. Ricardo Rankin

9. Rudy Roberts

10. Richard Bretch

11. Buffie Lloyd

12. Lou Aquiningoc

13. Martina Garin

14. Rebecca Alvarez

15. John Castro

16. Marie Pauline

17. Pastor Kyron John

18. Stanley Ramley

19. Michael Robinson

20. James Lee

## II. **DOCUMENTS AND EXHIBITS**

Defendants object to all documents and exhibits produced by Plaintiff in connection with her Federal Rule of Civil Procedure 26(a)(3) disclosures that were not disclosed during discovery.

Pursuant to Rule 26(a)(3), Defendants reserve their objections under Federal Rules of Evidence 402 and 403.

DATED: Hagåtña, Guam, November 22, 2005.

CARLSMITH BALL LLP

*[signature: Elyze McDonald]*

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 22, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' OBJECTIONS TO PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES upon Plaintiff's Counsel of record as follows:

> Peter J. Sablan, Esq.
> Lujan, Aguigui & Perez, LLP
> Suite 301, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

Executed this 22nd day of November 2005 at Hagåtña, Guam.

_____
ELYZE MCDONALD