**LUJAN, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br><br>**PLAINTIFF'S WITNESS LIST** |

Plaintiff intends to call the following witnesses in her case in chief:

1. Michael Mahoney, Kabul, Afghanistan.

2. Julie Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

3. Kerstan Reese, 1438 Sweet Road, Ypsilanti, Michigan 48198, Home: (734) 485-8229, Cell: (734) 262-4799.

4. Remenster Jano, Guam Micronesia Mission, 290 Chalan Palasyo, Agana Heights, Guam, 477-9745.

5. Robert E. Stahlnecker, Windward Hills, Guam, 789-2575.

6. Violet C. Cruz, 104 Halsey Drive, Route 6, Adelup, Guam 96910, 472-3291.

Page 1 of 3
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Witness List

Case 1:03-cv-00030   Document 59   Filed 11/22/2005   Page 1 of 3

ORIGINAL

7. Rogelio Natividad, P.O. Box 23842, GMF, Guam 96921, Home: 632-2365.

8. Frances Matanona, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

9. Eduardo O. Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

10. Wesley Youngberg, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

11. Pamina Hofer, 217 Dormitory Drive, Unit B, P.O. Box 5208, 303 University Drive, UOG Station, Mangilao, Guam 96923, 734-0382, 734-9694.

12. Tracee Kaipat, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

13. Meredith Sayre, Carlsmith Ball, Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, P.O. Box BF, Hagåtña, Guam 96910, 472-6813.

14. Thomas Leon Guerrero, Barrigada, Guam, 734-5153.

15. Jorge Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

16. Jeff Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

17. Jacqueline Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

18. Richard Bretch, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, Home: 789-3733.

19. Jolene Bretch, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, Home: 789-3733.

20. Lou Aquiningoc, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

21. Pastor Kyron John, 290 Chalan Palasyo, Agana Heights, Guam 96919, Home: 477-9307, Cell: 777-3732.

22. Michael Robinson, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Plaintiff reserves the right to amend this list, with leave of court, and to call additional rebuttal witnesses.

Dated this 22nd day of November, 2005.

LUJAN AGUIGUI & PEREZ LLP

By:_____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*