**LUJAN, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**

DISTRICT COURT OF GUAM

NOV 22 2005 ᑫᑭ

**MARY L.M. MORAN**
**CLERK OF COURT**

*Attorneys for Plaintiff Julia Borja Emmanuel*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL, | CIVIL CASE NO. 03-00030 |
| Plaintiff, | |
| -vs- | |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10, | **PLAINTIFF'S DISCOVERY MATERIAL DESIGNATIONS** |
| Defendants. | |

Plaintiff designates the following discovery material:

1.     Deposition transcript of Kerstan Reese taken on September 14, 2003.

Plaintiff reserves the right to amend this list, with leave of court, and to designate additional discovery materials.

Dated this 22nd day of November, 2005.

**LUJAN AGUIGUI & PEREZ** LLP

By:_____
    **DAVID J. LUJAN, ESQ.**
    **PETER J. SABLAN, ESQ.**
    *Attorneys for Plaintiff Julie Borja Emmanuel*

ORIGINAL