LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>        Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>        Defendants. | CIVIL CASE NO. 03-00030<br><br><br>**CERTIFICATE OF SERVICE** |

I, **PETER J. SABLAN, ESQ.**, do hereby declare under penalty of perjury that on the 22nd day of November, 2005, I caused a copy of the (1) Plaintiff's Witness List, (2) Plaintiff's Exhibit List, (3) Plaintiff's Exhibits Binder, (4) Plaintiff's Discovery Material Designations, and (5) Plaintiff's Supplemental Rule 26(A)(3) Pretrial Disclosures to be served via hand delivery on the following:

      David P. Ledger, Esq.
      CARLSMITH BALL LLP
      Suite 401, Bank of Hawaii Building
      134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 22nd day of November, 2005.

                LUJAN AGUIGUI & PEREZ LLP

                By: _____
                    DAVID J. LUJAN, ESQ.
                    PETER J. SABLAN, ESQ.
                    *Attorneys for Plaintiff Julie Borja Emmanuel*