ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. CIV03-00030<br><br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DISCOVERY MATERIAL DESIGNATIONS; DECLARATION OF SERVICE** |

Defendants Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission hereby object to Plaintiff's Discovery Material Designation of the Deposition of Kerstan Reese as follows:

| Transcript Reference | Objection |
|---|---|
| 76:8-16, 77:1-2 | Non-responsive, no foundation (objection fully stated at 77:17-25, 78:3-7). |
| 86:5-15, 86:25 - 87:13 | Protected by Attorney-client privilege (objection fully stated at 86:16-22). |
| 90:15-24, 91:18 - 92:17 | Hearsay, non-responsive (objection fully stated at 90:25 - |

| | |
|---|---|
| | 91:7). The hearsay exception of an admission of a party opponent does not apply because Mr. Mahoney was no longer a party to the lawsuit at the time of the deposition. |
| 94:17 - 95:15 | Non-responsive, narrative, no foundation (objection fully stated at 95:16 - 96:3). |
| 97:25 - 98:3, 98:14 - 100:6 | Vague and ambiguous (objection fully stated at 98:4-12). |
| 101:25 - 102:2, 102:9-15 | Irrelevant, calls for speculation (objection fully stated at 102:3-7). |

DATED: Hagåtña, Guam, November 29, 2005.

CARLSMITH BALL LLP

*/s/ David Ledger*

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 29, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DISCOVERY MATERIAL DESIGNATIONS upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 29th day of November 2005 at Hagåtña, Guam.

_____
ELYZE MCDONALD