ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission




NOV 29 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST; DECLARATION OF SERVICE** |

Defendants Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission objects to Plaintiff's Witness List for a number of reasons First, it does not conform with the August 18, 2005 Scheduling Order, which required a description of each witness' testimony. Second, Defendants object more particularly to the following witnesses.

The following witnesses were not disclosed in Plaintiff's Responses to Interrogatories (nor were such interrogatory answers timely supplemented) as persons having knowledge of any fact or facts alleged in the Complaint:

1. Pamina Hofer

2. Tracee Kaipat

3. Thomas Leon Guerrero

4. Jorge Emmanuel

5. Jeff Emmanuel

6. Jacqueline Emmanuel

7. Richard Bretch

8. Lou Aquiningoc

9. Pastor Kyron John

The following witness was not disclosed in Plaintiff's Responses to Interrogatories as a person having knowledge of any fact or facts alleged in the Complaint; in addition, her testimony is protected by the attorney-client privilege, as discussed in Defendant's Motion in Limine, filed concurrently herewith: Meredith Sayre.

For the reasons stated above, the witnesses listed above should not be permitted to testify at the trial.

DATED: Hagåtña, Guam, November 29, 2005.

CARLSMITH BALL LLP

[signature]

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 29, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS LIST upon Plaintiff's Counsel of record as follows:

Peter J. Sablan, Esq.
Lujan, Aguigui & Perez, LLP
Suite 301, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Executed this 29th day of November 2005 at Hagåtña, Guam.

ELYZE MCDONALD