ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM

NOV 29 2005 qP

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>    Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST; DECLARATION OF SERVICE** |

Defendants Guam Seventh-Day Adventist Clinic and Guam-Micronesia Mission hereby object to Plaintiff's Exhibit List as follows:

| Exhibit No. | Objection |
|---|---|
| 1 | Relevance |
| 2 | Relevance |
| 3 | Relevance |
| 4 | Relevance |

| Exhibit No. | Objection |
| --- | --- |
| 5 | Incomplete |
| 6 | Incomplete |
| 7 | Relevance |
| 8 | Authenticity |
| 9 | Incomplete. Defendants are offering the complete document as an exhibit. |
| 10 | Relevance |
| 11 | Relevance |
| 13 | Relevance |
| 14 | Relevance |
| 15 | Relevance |
| 16 | Relevance |
| 17 | Relevance |
| 18 | Relevance |
| 19 | Relevance; Authenticity |
| 20 | Relevance; Not disclosed during Discovery; Authenticity |
| 21 | Relevance; Not disclosed during Discovery; Authenticity |
| 22 | Relevance; Not disclosed during Discovery; Authenticity |
| 23 | Relevance; Not disclosed during Discovery; Authenticity |
| 24 | Incomplete; Relevance; Not disclosed during Discovery; Authenticity |
| 25 | Relevance; Not disclosed during Discovery; Authenticity |
| 26 | Relevance; Not disclosed during Discovery; Authenticity |

| Exhibit No. | Objection |
|---|---|
| 27 | Relevance; Not disclosed during Discovery; Authenticity |
| 28 | Relevance; Not disclosed during Discovery; Authenticity |
| 29 | Relevance; Not disclosed during Discovery; Authenticity |
| 30 | Relevance; Authenticity |
| 31 | Relevance; Not disclosed during Discovery; Authenticity |
| 32 | Relevance; Not disclosed during Discovery; Authenticity |
| 33 | Relevance; Not disclosed during Discovery; Authenticity |
| 34 | Relevance; Not disclosed during Discovery; Authenticity |
| 35 | Relevance; Not disclosed during Discovery; Authenticity |
| 36 | Relevance |
| 38 | Relevance; Not disclosed during Discovery; Authenticity |
| 39 | Relevance; Not disclosed during Discovery; Authenticity |
| 40 | Relevance |
| 41 | Relevance |
| 43 | Relevance; Not disclosed during Discovery; Authenticity |
| 44 | Relevance |
| 45 | Relevance; Not disclosed during Discovery; Authenticity |
| 48 | Relevance; Not disclosed during Discovery; Authenticity |
| 49 | Relevance; Not disclosed during Discovery; Authenticity |
| 50 | Protected by Attorney-Client Privilege. Defendants have filed a Motion in Limine on this exhibit. |
| 51 | Relevance; Not disclosed during Discovery; Authenticity |
| 52 | Relevance; Not disclosed during Discovery; Authenticity |

| Exhibit No. | Objection |
|---|---|
| 53 | Relevance; Not disclosed during Discovery; Authenticity |
| 54 | Relevance; Not disclosed during Discovery; Authenticity |
| 55 | Relevance; Not disclosed during Discovery; Authenticity |
| 58 | Authenticity |
| 59 | Authenticity |
| 60 | Authenticity; Relevance |
| 61 | Relevance |
| 62 | Relevance |
| 65 | Relevance |
| 66 | Relevance; Authenticity |
| 67 | Relevance; Not disclosed during Discovery; Authenticity |
| 68 | Relevance; Not disclosed during Discovery; Authenticity |
| 69 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 70 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 71 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 72 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 73 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 74 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 76 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |

| Exhibit No. | Objection |
|---|---|
| 77 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 78 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 79 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 80 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 81 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 82 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 83 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 84 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |
| 85 | Relevance; Not disclosed during Discovery; Authenticity. Defendants have filed a Motion in Limine on this exhibit. |

DATED: Hagåtña, Guam, November 29, 2005.

CARLSMITH BALL LLP

/s/ Elyze McDonald

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 29, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 29th day of November 2005 at Hagåtña, Guam.

_____
ELYZE MCDONALD