LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>**PLAINTIFF'S AMENDED WITNESS LIST** |

Plaintiff intends to call the following witnesses in her case in chief:

1. Michael Mahoney, Kabul, Afghanistan.

Mr. Mahoney is the former Clinic Administrator at Guam SDA Clinic and may testify as to the administrative and intentional discriminatory actions he and the Guam SDA Clinic and Guam-Micronesia Mission ("Clinic") had taken against Plaintiff.

2. Julie Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

Mrs. Emmanuel is the Plaintiff and a former Director for the Clinic, until she was demoted. She will testify as to the administrative and intentional discriminatory

Page 1 of 6
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Witness List

Case 1:03-cv-00030   Document 71   Filed 11/29/2005   Page 1 of 5

ORIGINAL

actions taken against her by the Clinic. She will also testify to the damages she suffered as a result of the intentional discrimination.

3. Kerstan Reese, 1438 Sweet Road, Ypsilanti, Michigan 48198, Home: (734) 485-8229, Cell: (734) 262-4799.

Mr. Reese is the former Chief Financial Officer and member of the Clinic Board. He may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and others in Clinic.

4. Remenster Jano, Guam Micronesia Mission, 290 Chalan Palasyo, Agana Heights, Guam, 477-9745.

Mr. Jano was the Acting Chairperson for the Clinic Board. He may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and others in Clinic.

5. Robert E. Stahlnecker, Windward Hills, Guam, 789-2575.

Mr. Stahlnecker is a member of the SDA Church and may testify as to the retaliatory actions taken against Mrs. Emmanuel and her family as a result of the present lawsuit.

6. Violet C. Cruz, 104 Halsey Drive, Route 6, Adelup, Guam 96910, 472-3291.

Mrs. Cruz was a member of the Clinic Board. She may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and others in Clinic.

7. Rogelio Natividad, P.O. Box 23842, GMF, Guam 96921, Home: 632-2365.

Page 2 of 6
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Witness List

Case 1:03-cv-00030    Document 71    Filed 11/29/2005    Page 2 of 5

Mr. Natividad is a former Director for the Clinic who was demoted. He may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and others in Clinic, including himself.

8. Frances Matanona, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Mrs. Mantanona is the current Administrator of the Clinic and former Associate Administrator. She may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and others in Clinic, including herself.

9. Eduardo O. Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

Mr. Emmanuel is the husband of Mrs. Emmanuel and will testify as to the retaliatory actions taken against Mrs. Emmanuel and her family as a result of the lawsuit. He will also testify as to the damages, including emotional, financial, and physical pain and suffering that was a result of the Clinic's intentional discrimination of Mrs. Emmanuel.

10. Wesley Youngberg, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Mr. Youngberg is a Director for the Clinic and member of the Clinic's Ad Counsel and will testify to the sexist and discriminatory remarks by the Clinic Administrator.

11. Pamina Hofer, 217 Dormitory Drive, Unit B, P.O. Box 5208, 303 University Drive, UOG Station, Mangilao, Guam 96923, 734-0382, 734-9694.

Dr. Hofer is Mrs. Emmanuel's treating physician and she will testify as to the diagnosis and treatment of Mrs. Emmanuel as a result of the intentional discrimination by the Clinic.

12. Tracee Kaipat, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Mrs. Kaipat is an employee at the Clinic and former subordinate of Mrs. Emmanuel. She may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and her position at the Clinic.

13. Meredith Sayre, Carlsmith Ball, Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, P.O. Box BF, Hagåtña, Guam 96910, 472-6813.

Mrs. Sayre is an attorney for the Clinic and may testify as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff and the letter she wrote warning the Clinic of the possible discrimination.

14. Thomas Leon Guerrero, Barrigada, Guam, 734-5153.

Mr. Leon Guerrero is an SDA church elder and may testify as to the retaliatory actions taken against Mrs. Emmanuel and her family as a result of the present lawsuit.

15. Jorge Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

Mr. Jorge Emmanuel is the son of Mrs. Emmanuel and will testify as to the effects of the Clinic's intentional discrimination of Mrs. Emmanuel and her family, including emotional, financial, and physical pain and suffering.

16. Jeff Emmanuel, P.O. Box 2623, Hagåtña, Guam 96932, 477-2137.

Page 4 of 6
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Witness List

Case 1:03-cv-00030   Document 71   Filed 11/29/2005   Page 4 of 5

Pastor John is a pastor for the SDA church and may testify as to the retaliatory actions taken against Mrs. Emmanuel and her family as a result of the present lawsuit.

22. Michael Robinson, Guam SDA Clinic, 388 Ypao Road, Tamuning, Guam 96913, 646-8881.

Mr. Robinson is a member of the Administrative Counsel and Ad Hoc committee and may testify as to the actions of the Administrative Counsel and the Ad Hoc Committee as to the administrative and intentional discriminatory actions taken by the Clinic against Plaintiff.

Plaintiff reserves the right to amend this list, with leave of court, and to call additional rebuttal witnesses.

Dated this 29th day of November, 2005.

LUJAN AGUIGUI & PEREZ LLP

By:_____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

Page 6 of 6
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Witness List

Case 1:03-cv-00030   Document 71   Filed 11/29/2005   Page 5 of 5