LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>**PLAINTIFF'S AMENDED EXHIBIT LIST** |

Plaintiff submits the following exhibits in her case in chief:

| Exhibit | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | | By-Laws for Guam SDA Clinic. | | |
| 2 | | Operating Policy of the Guam-Micronesia Mission of Seventh-Day Adventists. | | |
| 3 | | Guam Seventh-Day Adventist Clinic, Organizational Chart. | | |
| 4 | | General Conference of Seventh-Day Adventist Chart. | | |
| 5 | | Excerpts of Guam Seventh-Day Adventist Employee Handbook. | | |
| 6 | | Excerpts of General Conference Working Policy. | | |
| 7 | | Julie Emmanuel's Miscellaneous Payroll Change Notice. | | |
| 8 | | Chart of Annual Lose (sic). | | |

Page 1 of 5
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Exhibit List

Case 1:03-cv-00030   Document 72   Filed 11/29/2005   Page 1 of 5

ORIGINAL

| Exhibit | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 9 | | Ad Council Recommendation to the Ad Hoc Committee's Report. | | |
| 10 | 12/11/91 | Letter to Julie Emmanuel from Mark Eaton. | | |
| 11 | 05/28/92 | Letter to Julie Emmanuel from Frances Taitague. | | |
| 12 | 09/15/92 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel. | | |
| 13 | 09/25/92 | Letter to Julie Emmanuel from Mark Eaton, Administrator. | | |
| 14 | 02/01/93 | Letter to Julie Emmanuel from Mark Eaton, Administrator. | | |
| 15 | 01/27/94 | Letter to Julie Emmanuel from Mark Eaton, Administrator. | | |
| 16 | 09/07/94 | Letter to Julie Emmanuel from Bill Taitague, Associate Administrator. | | |
| 17 | 02/29/96 | Letter to Julie Emmanuel from Mark Eaton, Administrator. | | |
| 18 | 12/04/96 | Guam SDA Clinic Homeowner's Allowance Policy. | | |
| 19 | 05/07/97 | Memo to All Clinic Employees from Mark Eaton, Administrator. | | |
| 20 | 04/01/98 | Letter to Julie Emmanuel from Tracee Kaipat. | | |
| 21 | 04/06/98 | Letter to Frances Mantanona from Don Weidemann. | | |
| 22 | 06/08/98 | Letter to Don Weidemann from Frances Mantanona. | | |
| 23 | 06/09/98 | Letter to Don Weidemann from Frances Mantanona. | | |
| 24 | 12/31/99 & 1998 | Guam-Micronesia Mission Notes to the Combined Financial Statements. | | |
| 25 | 01/06/99 | Memo to Frances Mantanona from Don Weidemann. | | |
| 26 | 01/10/99 | Letter to Don Weidemann from Frances Mantanona. | | |
| 27 | 01/28/99 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. | | |
| 28 | 01/29/99 | Email to Julie Emmanuel from Donald Weidemann. | | |
| 29 | 02/15/99 | Email to Thelma Selerio from Daniel Weidemann. | | |
| 30 | 04/06/99 | Letter to Julie Emmanuel from George Weathersby. | | |

Page 2 of 5
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Exhibit List

Case 1:03-cv-00030   Document 72   Filed 11/29/2005   Page 2 of 5

| Exhibit | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 31 | 05/11/99 | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. | | |
| 32 | 05/11/99 | Guam Seventh-Day Adventist Clinic Administrative Council Minutes. | | |
| 33 | 02/13/00 | Letter to Donald Weidemann from Frances Taitague-Mantanona. | | |
| 34 | 03/27/01 | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. | | |
| 35 | 07/24/01 | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes. | | |
| 36 | 08/16/01 | Memo from Michael Mahoney re: Jeff Emmanuel. | | |
| 37 | 09/21/01 | Guam SDA Clinic Board Minutes. | | |
| 38 | 09/21/01 | Guam SDA Clinic Board Minutes. | | |
| 39 | 09/25/01 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. | | |
| 40 | 09/02 | Guam Seventh-Day Adventist Clinic Human Resources Department Organization Chart (Revised September 2002). | | |
| 41 | 09/02 | Guam Seventh-Day Adventist Clinic Chief Financial Officer Support Organization Chart (Revised September 2002). | | |
| 42 | 02/27/03 | Memo to Julie Emmanuel from Mike. | | |
| 43 | 04/24/03 | Guam Seventh-day Adventist Clinic Administration Organization Chart. | | |
| 44 | 05/20/03 | Email to Julie Emmanuel from Kathy Cooper. | | |
| 45 | 05/21/03 | Letter to All Staff from Kert Reese, CFO. | | |
| 46 | 05/28/03 | Ad Hoc Committee to Save Money and Find Efficiencies. | | |
| 47 | 05/28/03 | Guam SDA Clinic, AD HOC Committee on Saving and Efficiency. | | |
| 48 | 06/16/03 | Guam SDA Clinic Interoffice Memo to All Staff from Michael Robinson, M.D., Acting Clinic Administrator. | | |
| 49 | 07/03 | Janitorial Bidding for the Guam Seventh-Day Adventist Clinic from Julie Emmanuel. | | |
| 50 | 07/02/03 | Letter to Julie Emmanuel from Meredith M. Sayre. | | |
| 51 | 07/05/03 | Paradise Earth Janitorial Services Proposals 1 and 2. | | |

Page 3 of 5
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Exhibit List

Case 1:03-cv-00030   Document 72   Filed 11/29/2005   Page 3 of 5

| Exhibit | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 52 | 07/07/03 | Letter from Dubel SM Conlu Jr., K Cleaning Services to Kerstan Reese, CFO, Guam Seventh-Day Adventist Clinic. | | |
| 53 | 07/07/03 | Letter to Seventh-Day Adventist Clinic from Charles A. Selk, III, CASCO Enterprises. | | |
| 54 | 07/08/03 | Letter from James C. McFerran, CEH, Advance Management Inc. to Kerstan Reese, CFO, Guam Seventh-Day Adventist Clinic. | | |
| 55 | 07/09/03 | Letter from Charles A. Selk, III, CASCO Enterprises to Kerstan Reese, CFO, Guam Seventh-Day Adventist Clinic. | | |
| 56 | 07/10/03 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. | | |
| 57 | 07/25/03 | Letter to Julie Emmanuel from Michael Mahoney. | | |
| 58 | 07/28/03 | Chart of Wages and Benefits Comparison. | | |
| 59 | 07/28/03 | Chart of Healthcare Benefit Category. | | |
| 60 | | Janitorial Service Building (List of Proposals). | | |
| 61 | 08/03/03 | Letter to Administrative Council Members from Julie Emmanuel. | | |
| 62 | 08/08/03 | Email to Julie Emmanuel and Ed Emmanuel from Michael Mahoney. | | |
| 63 | 08/18/03 | Email to Julie Emmanuel from Michael Mahoney. | | |
| 64 | 08/19/03 | Email to Julie Emmanuel from Mike Mahoney. | | |
| 65 | 09/22/03 | Email to Julie Emmanuel from Michael Mahoney. | | |
| 66 | 09/26/03 | Worship Team Schedule. | | |
| 67 | 10/15/03 | Letter to Ed Emmanuel from J.C. Urban. | | |
| 68 | 11/14/03 | Memo to Julie Emmanuel from Tomas Leon Guerrero and Robert E. Stahlnecker. | | |
| 69 | 11/26/03 | Letter to Ed Emmanuel from J.C. Urban. | | |
| 70 | 11/28/03 | Invitation to 2003 SDA Clinic Christmas Party. | | |
| 71 | 12/26/03 | Letter to the Nominating Committee from Julie B. Emmanuel | | |
| 72 | 12/03 | Worship Team Schedule. | | |

Page 4 of 5
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic
Civil Case No. 03-00030
Plaintiff's Amended Exhibit List

Case 1:03-cv-00030　　Document 72　　Filed 11/29/2005　　Page 4 of 5

| Exhibit | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 73 | 2004 | Agana Heights 2004 Church Board. | | |
| 74 | 2004 | Partial Report for Nominations of 2004 Agana Heights SDA Church. | | |
| 75 | 06/17/04 | Amended Copy of Wages and Benefits Comparison. | | |
| 76 | 02/01/05 | Letter to Dr. Robinson from Pamina J. Hofer. | | |
| 77 | 02/01/05 | Letter to Dr. Lombard from Pamina J. Hofer. | | |
| 78 | 02/22/05 | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. | | |
| 79 | 02/22/05 | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. | | |
| 80 | 03/15/05 | Letter from Pamina J. Hofer, Ph.D. | | |
| 81 | 04/12/05 | Letter to Julie Emmanuel from Michael Robinson, Medical Director, Guam Seventh-Day Adventist Clinic. | | |
| 82 | 06/07/05 | Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic. | | |
| 83 | 07/06/05 | SDA Clinic Employee Health Insurance Referral/Pre-Certification for Julie B. Emmanuel. | | |
| 84 | 07/07/05 | Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic. | | |
| 85 | 07/08/05 | Letter to Julie Emmanuel from HCAP Coordinator, Guam Seventh Day Adventist Clinic. | | |

Plaintiff reserves the right to amend this list, with leave of court, and to submit additional rebuttal exhibits.

Dated this 29th day of November, 2005.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*