LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br><br>**CERTIFICATE OF SERVICE** |

I, **PETER J. SABLAN, ESQ.**, do hereby declare under penalty of perjury that on the 29th day of November, 2005, I caused a copy of the (1) Plaintiff's Amended Witness List and (2) Plaintiff's Amended Exhibit List to be served via hand delivery on the following:

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 29th day of November, 2005.

LUJAN AGUIGUI & PEREZ LLP

By:_____
DAVID J. LUJAN, ESQ.
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julie Borja Emmanuel*

ORIGINAL