LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00030<br><br>**MOTION FOR CONTINUANCE** |

　　　Counsel for Plaintiff Julia Borja Emmanuel, Peter C. Perez, Esq., respectfully moves the Court to continue the trial of the above-entitled action from the presently set date of December 6, 2005, to a date no earlier than February 1, 2006. This motion is made for the reasons stated in the Affidavit of Counsel attached herewith.

　　　Dated this 29th day of November, 2005.

　　　　　　　　　　　　　　　　　　LUJAN AGUIGUI & PEREZ LLP

　　　　　　　　　　　　　　　　　　　*/s/ Peter C. Perez*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　**PETER C. PEREZ, ESQ.**
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Julie Borja Emmanuel*