LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 03-00030<br><br>**AFFIDAVIT OF COUNSEL** |

I, PETER C. PEREZ, being sworn, state:

1. I am a partner in the law firm of **LUJAN AGUIGUI & PEREZ LLP**, counsel for Plaintiff Julia Borja Emmanuel in this action.

2. On November 29, 2005, I was asked to handle the trial of this matter with firm associate attorney Peter J. Sablan, Esq.

3. However, my wife, who is pregnant, is expected to deliver at any moment.

4. I will be required to be present at the birth and thereafter intended to go on paternity leave for one to two weeks.

Page 1 of 2
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic et al.
Civil Case No. CV03-00030
Affidavit of Counsel

ORIGINAL

Case 1:03-cv-00030   Document 75   Filed 11/29/2005   Page 1 of 2

5. For this reason I respectfully request that the trial of this matter be continued from the currently set date of December 6, 2005 to a date no earlier than February 1, 2006.[1]

6. Back on September 19, 1996 I was in trial in the District Court for the CNMI and missed the birth of my daughter. If possible, I want to avoid missing this birth.

Dated this 29th day of November, 2005.

_____
**PETER C. PEREZ**

SUBSCRIBED AND SWORN TO before me this 29th day of November, 2005.

_____
**NOTARY PUBLIC**

EMMAJEAN T.O. LAMB
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires June 17 2006
P.O. Box 1422 · Hagatna Guam 96932

---

[1] I am scheduled to begin a murder trial on December 27, 2005 in *People v. Seagraves*, CF0363-03. The trial is expected to last one month.

Page 2 of 2
Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic et al.
Civil Case No. CV03-00030
Affidavit of Counsel

Case 1:03-cv-00030    Document 75    Filed 11/29/2005    Page 2 of 2