```
 1
 2
 3                                                              FILED
 4                                                      DISTRICT COURT OF GUAM
 5                                                           NOV 29 2005
 6              DISTRICT COURT OF GUAM                      MARY L.M. MORAN
 7                TERRITORY OF GUAM                         CLERK OF COURT
```

| | |
|---|---|
| JULIA BORJA EMMANUEL, | Civil Case No. 03-00030 |
| Plaintiff, | |
| vs. | |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, and DOES 1 through 10, | MINUTES |
| Defendants. | |

( ) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE

(✓) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE
(November 29, 2005 at 10:46 a.m.)

**Notes**: Attorneys Peter Sablan and Peter C. Perez appeared with the Plaintiff Julia Borja Emmanuel and her husband Eduardo Emmanuel. Appearing on behalf of the Defendants were Attorney Elyze McDonald and Frances Mantanona.

      Magistrate Judge Manibusan advised the parties that Jude Jensen had signed the Pretrial Order as submitted by the parties. Additionally, Judge Manibusan read the response from Judge Jensen's law clerk to the questions previously posed by counsel. Judge Jensen's law clerk stated that Judge Jensen did not normally limit opening statements but expected counsel to keep opening statements within a reasonable amount of time. Furthermore, while the parties would be allowed to present closing arguments orally, they must also submit written proposed findings of fact and conclusions of law in both paper and electronic (on a disk) formats, preferably using

1  WordPerfect or a WordPerfect compatible program.

2  Mr. Perez orally requested to continue the trial date for approximately two months. Ms. McDonald objected to the request. Judge Manibusan directed Mr. Perez to file a written motion for Judge Jensen's consideration. Mr. Perez stated that he could file said motion by the end of the day. Ms. McDonald replied that she would file the Defendants' objection to any such motion within one day of the filing of the motion. Judge Manibusan told the parties that the Court would advise Judge Jensen to expect that a motion to continue the trial date will be filed shortly.

Ms. McDonald requested that the Plaintiff file an amended witness list which conforms to the Court's previous Order that the witness lists contain a short description of each witness's expected testimony. Mr. Sablan stated that he would file an amended witness list and an amended exhibit list by today.

The Final Pretrial Conference concluded at 11:00 a.m.

Dated: November 29, 2005.

_____
JUDITH P. HATTORI
Law Clerk