UNITED STATES DISTRICT COURT

DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM
DEC - 1 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>            Plaintiff,<br><br>    v.<br><br>GUAM SEVENTH-DAY ADVENTIST<br>CLINIC, GUAM-MICRONESIA<br>MISSION, MICHAEL MAHONEY, and<br>DOES 1 through 10,<br><br>            Defendants. | No. C-03-00030<br><br>ORDER |

On November 29, 2005, Plaintiff filed a motion for continuance, requesting that the Court continue the trial in this case from the presently set date of December 6, 2005 to a date no earlier than February 1, 2006.

Plaintiff is represented by attorneys at the firm of Lujan Aguigui & Perez LLP. Plaintiff submits the affidavit of counsel Peter C. Perez, a partner at Lujan Aguigui & Perez, in support of the motion for continuance. The affidavit states that on November 29, 2005, Mr. Perez was asked to handle the trial in this case with firm associate attorney Peter J. Sablan. Mr. Perez requests that the trial be continued because he and his wife are imminently expecting the birth of their child.

In their opposition to Plaintiff's motion for continuance, Defendants argue that other attorneys are available at the firm of Lujan Aguigui & Perez, and moreover, Mr. Sablan has conducted the majority of the litigation in the case up to this point. Defendants also note that the trial in this case has already

been postponed from earlier this year and that substantial preparation has been made by the parties and the Court to proceed with the December 6, 2005 trial date.

    Having considered the arguments of counsel, the papers submitted, and the record in this case, the Court DENIES Plaintiff's motion for continuance. If any grounds exist for reconsideration of this Order, counsel may present such argument at the start of the proceedings on December 6, 2005.

    IT IS SO ORDERED

Dated in Oakland, California:    November 30, 2005

                              D. Lowell Jensen
                            United States District Judge