| | |
|---|---|
| Julia Borja Emmanuel,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Seventh-Day Adventist Clinic, et al.,<br><br>Defendants. | Case No. 1:03-cv-00030<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed December 1, 2005,* on the dates indicated below:

*Lujan, Aguigui & Perez LLP*  *Carlsmith Ball LLP*
*December 1, 2005*  *December 1, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed December 1, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 1, 2005                     /s/ Virginia T. Kilgore
                                                              Deputy Clerk