ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM

DEC - 1 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DEFENDANTS' MOTION TO QUASH SUBPOENA SEEKING PRIVILEGED COMMUNICATIONS; DECLARATION OF SERVICE** |

　　　　Defendants Guam Seventh-day Adventist Clinic and Guam-Micronesia Mission move for an Order quashing the subpoena served on Attorney Meredith Sayre, requiring her attendance at the trial in this case.

　　　　Rule 45 states that a Court "shall quash" a subpoena if it requires disclosure of privileged or other protected matter and no exception or waiver applies. Fed. R. Civ. P. 45(c)(3)(A)(iii). Plaintiff expects Ms. Sayre to testify as to "the administrative and intentional discriminatory actions taken by the Clinic against the Plaintiff and the letter she wrote warning the Clinic of the possible discrimination." Pl.'s Witness List at ¶ 13. That letter is presumably Plaintiff's Exhibit

50. The legal advice furnished to Defendants by Ms. Sayre, as contained in Exhibit 50, is privileged because it was furnished in Ms. Sayre's capacity as Defendants' legal advisor, it was intended to be confidential by both Defendants and Ms. Sayre, and because there is no applicable waiver of the privilege.

Defendants have already addressed precluding the admission of Exhibit 50 and Ms. Sayre's testimony in their Motion in Limine to Exclude Evidence Protected by the Attorney-Client Privilege and the Declaration of Frances Mantanona, filed November 29, 2005. Defendants reincorporate those arguments herein and ask that the Court quash the Subpoena served on Ms. Sayre because Rule 45 compels the quashing of a subpoena that seeks privileged evidence.

DATED: Hagåtña, Guam, December 1, 2005.

CARLSMITH BALL LLP

*Elyze McDonald* (signature)

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on December 1, 2005, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' MOTION TO QUASH SUBPOENA SEEKING PRIVILEGED COMMUNICATIONS upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 1st day of December 2005 at Hagåtña, Guam.

*Elyze McDonald*
ELYZE MCDONALD