DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
BENCH TRIAL


FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00030          DATE: 12/06/2005

CAPTION: <u>JULIA BORJA EMMANUEL - vs - GUAM SEVENTH-DAY ADVENTIST CLINIC, et al.</u>

*******************************************************************************

**HON. D. LOWELL JENSEN, Designated Judge, Presiding**        Law Clerk: Cheryl Kahn
Official Court Reporter: Wanda Miles                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded:** 9:02:04 - 10:09:12; 10:33:50 - 12:03:24;   CSO: B. Pereda
1:33:08 - 2:29:30; 2:40:33 - 3:34:28; 3:46:07 - 4:17:59

*********************************** APPEARANCES ***********************************

**COUNSEL FOR PLAINTIFF(s):**                          **COUNSEL FOR DEFENDANT(s):**
PETER SABLAN                                           DAVID LEDGER

PETER C. PEREZ                                         ELYZE MCDONALD

JULIA BORJA EMMANUEL                                   FRANCES MANTANONA

*******************************************************************************

## DAY NO. _1_ OF TRIAL

( X ) COURT TRIAL
( X ) OPENING STATEMENT BY THE  __X__ Plaintiff  __X__ Defendant
( X ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
     SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff   ____Defendant

( X ) TRIAL CONTINUED TO: <u>December 7, 2005</u> at <u>9:00 A.M.</u>

<u>Parties argued their respective positions on the following motions. The Court ruled on the motions and stated its reasons on the record. No further written order will follow.</u>

MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE (Fed. R. Evid. 401 and 403) - <u>DENIED</u>

MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S PSYCHOLOGICAL TREATMENT - <u>GRANTED IN PART AND DENIED IN PART</u>

MOTION IN LIMINE TO EXCLUDE EVIDENCE PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE - <u>The Court deferred ruling on this matter.</u>

MOTION IN LIMINE TO EXCLUDE UNDISCLOSED EVIDENCE - <u>DENIED</u>

( X ) NOTES:

<u>The Court stated that trial will begin each day at 9:00 a.m. and end at 4:30 p.m. with a break from 12:00 p.m. to 1:30 p.m. The Court further stated that on Friday, December 9, 2005, trial will begin at a later time.</u>

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| JULIA BORJA EMMANUEL | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, ET AL. | Case Number: CV-03-00030 |

| PRESIDING JUDGE<br>D. LOWELL JENSEN | PLAINTIFF'S ATTORNEY<br>SEE ATTACHED | DEFENDANT'S ATTORNEY<br>SEE ATTACHED |
|---|---|---|
| HEARING DATE (S)<br>DECEMBER 6 - 9, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **BENCH TRIAL (9:02:04)** |
| | | | | | | 9:26:35 Opening Statement by Mr. Sablan |
| | | | | | | 9:31:32 Opening Statement by Mr. Ledger |
| | | | | | | **9:44:43 Robert E. Stahlnecker, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | Objection as to hearsay Ms. McDonald - Sustained |
| | | | | | | 10:01:45 End of DX |
| | | | | | | CX by Ms. McDonald |
| | | | | | | End of CX |
| | | | | | | 10:03:11 Re-DX by Mr. Perez |
| | | | | | | 10:06:32 End of Re-Dx |
| | | | | | | Re-CX by Ms. McDonald |
| | | | | | | End of Re-CX |
| | | | | | | 10:07:50 Re-DX by Mr. Perez |
| | | | | | | 10:08:28 Witness Excused |
| | | | | | | **10:09:12 Frances Taitague Mantanona, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | 10:13:30 Objection by Mr. Ledger |
| | | | | | | 10:15:28 Objection as to grounds of evidence - Court instructs counsel to give description of structure. The Court allowed the question, however, counsel instructed not to go into religious practices. |
| | 4 | | 12/6/05 | 12/6/05 | 12/6/05 | General Conference of Seventh-Day Adventist Chart |
| | 4A | | 12/6/05 | 12/6/05 | | General Conference of Seventh-Day Adventist Chart (Second page of Exhibit 4) |
| | | | | | | **10:09:12 BREAK** |
| | | | | | | 10:33:50 DX resumes |
| | 3 | | 12/6/05 | 12/6/05 | 12/6/05 | Guam Seventh-Day Adventist Clinic, Organizational Chart |
| | | | | | | Page 47 shown. Deposition of Frances T. Mantanona |
| | 21 | | 12/6/05 | 12/6/05 | 12/6/05 | Letter to Frances Mantanona from Don Weidemann. Mr. Perez moved to admit 21 into evidence. Mr. Ledger objected. Mr. Perez asked the witness questions regarding the memo. The Court allowed the exhibit to be admitted. |
| | | | | | | Mr. Ledger objected to documents being offered and as to how they were obtained. He argued that the documents were not provided until 30 days prior to trial. Mr. Sablan informed the Court that the documents were received by the client and pretrial disclosure was provided to defendants 30 days prior to trial. Mr. Ledger stated that the documents were obtained with no authorization. The Court stated that the documents will be marked for identification purposes and will be discussed after all testimony. |

| PRESIDING JUDGE<br>D. LOWELL JENSEN | | | | | PLAINTIFF'S ATTORNEY<br>SEE ATTACHED | DEFENDANT'S ATTORNEY<br>SEE ATTACHED |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>DECEMBER 6 - 9, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 22 | | 12/6/05 | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona. Mr. Perez moved to admit Exhibit 22 into evidence. Mr. Ledger objected. Exhibit marked for identification. |
| | 23 | | | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona. |
| | | | | | | 11:51:48 Mr. Ledger objected as to relevance. Overruled. |
| | 23 | | 12/6/05 | | | Mr. Perez moved to admit Exhibit 23 into evidence. Mr. Ledger objected. Exhibit marked for identification. |
| | 25 | | 12/6/05 | 12/6/05 | | Memo to Frances Mantanona from Don Weidemann Mr. Perez moved to admit Exhibit 25 into evidence. Mr. Ledger objected. Exhibit marked for identificaiton. |
| | 26 | | | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona |
| | 27 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. Objected to relevance and contents. |
| | 28 | | | 12/6/05 | | Email to Julie Emmanuel from Donald Weidemann |
| | | | | | | *12:03:24 Court in Recess until 1:30 p.m.* |
| | | | | | | *1:33:08 Court resumes* |
| | | | | | | Continued DX of Frances Mantanona |
| | 29 | | | 12/6/05 | | Email to Thelma Selerio from Daniel Weidemann |
| | 31 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes 1:40 |
| | 32 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes |
| | 33 | | 12/6/05 | 12/6/05 | 12/6/05 | Letter to Donald Weidemann from Frances Taitague-Mantanona. Moved to admit into evidence. Objection by Mr. Ledger. The Court Granted the admission. |
| | | | | | | 1:49:41 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | BB | 12/6/05 | 12/6/05 | 12/6/05 | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel. Mr. Ledger moved to admit Exhibit B into evidence. Objection. Admitted. |
| | | | | | | Objection - document does not apply to personnel matters. The Court allowed the question. |
| | | | | | | 2:13:28 End of CX |
| | | | | | | Re-DX by Mr. Perez |
| | | BB | | 12/6/05 | | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel |
| | 33 | | | 12/6/05 | | Letter to Donald Weidemann from Frances Taitague-Mantanona |
| | | | | | | 2:23:09 End of Re-DX |
| | | | | | | Re-CX by Mr. Ledger |
| | 33 | | | 12/6/05 | | Letter to Donald Weidemann from Frances Taitague-Mantanona |
| | | BB | | 12/6/05 | | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel |
| | | | | | | Objection as to who provided information. Sustained. Objection by Mr. Perez to strike evidence. Overruled. |
| | | | | | | 2:29:05 End of Re-CX |
| | | | | | | 2:29:11 Witness Excused |
| | | | | | | *2:29:30 10 Minute Recess* |
| | | | | | | 2:40:33 Mr. Sablan called Ms. Hofer as a witness. Mr. Ledger objected. The Court allowed the witness to testify. |
| | | | | | | **2:43:42 Pamia Hofer, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | 76 | | 12/6/05 | 12/6/05 | | Letter to Dr. Robinson from Pamina J. Hofer. Mr. Ledger objected to the admission. The Court ruled the exhibit be marked for identification. |
| | 77 | | 12/6/05 | 12/6/05 | | Letter to Dr. Lombard from Pamina J. Hofer. |

Page -2-

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| **D. LOWELL JENSEN** | | | | | **SEE ATTACHED** | **SEE ATTACHED** |
| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| DECEMBER 6 - 9, 2005 | | | | | WANDA MILES | VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 78 | | 12/6/05 | 12/6/05 | | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. Exhibit marked for identification. |
| | 79 | | 12/6/05 | 12/6/05 | | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. Exhibit marked for identification. |
| | 80 | | 12/6/05 | 12/6/05 | | Letter from Pamina J. Hofer, Ph.D. Marked for identifcation. |
| | 81 | | 12/6/05 | 12/6/05 | | Letter to Julie Emmanuel from Michael Robinson, Medical Director, Guam Seventh-Day Adventist Clinic. Objection. Sustained. Exhibit marked for identification. |
| | 82 | | 12/6/05 | 12/6/05 | | Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic. Objection to exhibit. Marked for identification. |
| | 83 | | 12/6/05 | 12/6/05 | | SDA Clinic Employee Health Insurance Referral/Pre-Certification for Julie B. Emmanuel. Objection to 83, 84 and 85. All marked for identification. |
| | | | | | | *3:34:28 BREAK* |
| | | | | | | **3:46:07 Continued DX by Mr. Sablan** |
| | | | | | | 3:50:58 End of DX |
| | | | | | | CX by Mr. Ledger |
| | 80 | | | | | Letter from Pamina J. Hofer, Ph.D. |
| | | | | | | Objections raised during questioning. |
| | 77 | | | | | Letter to Dr. Lombard from Pamina J. Hofer. |
| | 80 | | | | | Letter from Pamina J. Hofer, Ph.D. |
| | | | | | | 4:14:19 End of DX |
| | | | | | | Re-CX by Mr. Sablan |
| | | | | | | 4:16:50 End of Re-CX - Witness Excused |
| | | | | | | *4:17:59 END DAY 1* |

Page -3-