```
                    DISTRICT COURT OF GUAM
                       TERRITORY OF GUAM
                         CIVIL MINUTES
                          BENCH TRIAL
```




**CASE NO. CV-03-00030**      **DATE: 12/12/2005**

**CAPTION: JULIA BORJA EMMANUEL - vs - GUAM SEVENTH-DAY ADVENTIST CLINIC, et al.**

***

HON. D. LOWELL JENSEN, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:09:00 - 10:26:14;
10:42:42 - 11:26:02; 11:34:38 - 12:02:14; 1:35:06 - 2:25:58
2:41:40 - 4:33:55

Law Clerk: Cheryl Kahn
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

*********************************** APPEARANCES ***********************************

**COUNSEL FOR PLAINTIFF(s):**

PETER SABLAN

PETER C. PEREZ

JULIA BORJA EMMANUEL

**COUNSEL FOR DEFENDANT(s):**

DAVID LEDGER

ELYZE MCDONALD

FRANCES MANTANONA

## DAY NO. 5 OF TRIAL

( X ) COURT TRIAL
(   ) OPENING STATEMENT BY THE ___Plaintiff   ___Defendant
( X ) WITNESSES SWORN AND EXAMINED       ( X ) EXHIBITS MARKED AND ADMITTED
   SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

(   ) CLOSING ARGUMENT BY THE ___Plaintiff   ___Defendant

( X ) TRIAL CONTINUED TO: December 13, 2005 at 9:00 A.M.

**NOTES:**

# UNITED STATES DISTRICT COURT

DISTRICT OF           **GUAM**

| JULIA BORJA EMMANUEL | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, ET AL. | Case Number: **CV-03-00030** |

| PRESIDING JUDGE **D. LOWELL JENSEN** | PLAINTIFF'S ATTORNEY **SEE ATTACHED** | DEFENDANT'S ATTORNEY **SEE ATTACHED** |
|---|---|---|
| HEARING DATE (S) DECEMBER 6 - 13, 2005 | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **BENCH TRIAL (9:02:04)** |
| | | | | | | 9:26:35 Opening Statement by Mr. Sablan |
| | | | | | | 9:31:32 Opening Statement by Mr. Ledger |
| | | | | | | **9:44:43 Robert E. Stahlnecker, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | Objection as to hearsay Ms. McDonald - Sustained |
| | | | | | | 10:01:45 End of DX |
| | | | | | | CX by Ms. McDonald |
| | | | | | | End of CX |
| | | | | | | 10:03:11 Re-DX by Mr. Perez |
| | | | | | | 10:06:32 End of Re-Dx |
| | | | | | | Re-CX by Ms. McDonald |
| | | | | | | End of Re-CX |
| | | | | | | 10:07:50 Re-DX by Mr. Perez |
| | | | | | | 10:08:28 Witness Excused |
| | | | | | | **10:09:12 Frances Taitague Mantanona, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | 10:13:30 Objection by Mr. Ledger |
| | | | | | | 10:15:28 Objection as to grounds of evidence - Court instructs counsel to give description of structure. The Court allowed the question, however, counsel instructed not to go into religious practices. |
| | 4 | | 12/6/05 | 12/6/05 | 12/6/05 | General Conference of Seventh-Day Adventist Chart |
| | 4A | | 12/6/05 | 12/6/05 | | General Conference of Seventh-Day Adventist Chart (Second page of Exhibit 4) |
| | | | | | | *10:09:12 BREAK* |
| | | | | | | 10:33:50 DX resumes |
| | 3 | | 12/6/05 | 12/6/05 | 12/6/05 | Guam Seventh-Day Adventist Clinic, Organizational Chart |
| | | | | | | Page 47 shown. Deposition of Frances T. Mantanona |
| | 21 | | 12/6/05 | 12/6/05 | 12/6/05 | Letter to Frances Mantanona from Don Weidemann. Mr. Perez moved to admit 21 into evidence. Mr. Ledger objected. Mr. Perez asked the witness questions regarding the memo. The Court allowed the exhibit to be admitted. |
| | | | | | | Mr. Ledger objected to documents being offered and as to how they were obtained. He argued that the documents were not provided until 30 days prior to trial. Mr. Sablan informed the Court that the documents were received by the client and pretrial disclosure was provided to defendants 30 days prior to trial. Mr. Ledger stated that the documents were obtained with no authorization. The Court stated that the documents will be marked for identification purposes and will be discussed after all testimony. |

| PRESIDING JUDGE<br>D. LOWELL JENSEN | | | | | PLAINTIFF'S ATTORNEY<br>SEE ATTACHED | DEFENDANT'S ATTORNEY<br>SEE ATTACHED |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>DECEMBER 6 - 13, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 22 | | 12/6/05 | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona. Mr. Perez moved to admit Exhibit 22 into evidence. Mr. Ledger objected. Exhibit marked for identification. |
| | 23 | | | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona. |
| | | | | | | 11:51:48 Mr. Ledger objected as to relevance. Overruled. |
| | 23 | | 12/6/05 | | | Mr. Perez moved to admit Exhibit 23 into evidence. Mr. Ledger objected. Exhibit marked for identification. |
| | 25 | | 12/6/05 | 12/6/05 | | Memo to Frances Mantanona from Don Weidemann Mr. Perez moved to admit Exhibit 25 into evidence. Mr. Ledger objected. Exhibit marked for identificaiton. |
| | 26 | | | 12/6/05 | | Letter to Don Weidemann from Frances Mantanona |
| | 27 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes. Objected to relevance and contents. |
| | 28 | | | 12/6/05 | | Email to Julie Emmanuel from Donald Weidemann |
| | | | | | | *12:03:24 Court in Recess until 1:30 p.m.* |
| | | | | | | *1:33:08 Court resumes* |
| | | | | | | Continued DX of Frances Mantanona |
| | 29 | | | 12/6/05 | | Email to Thelma Selerio from Daniel Weidemann |
| | 31 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes 1:40 |
| | 32 | | | 12/6/05 | | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes |
| | 33 | | 12/6/05 | 12/6/05 | 12/6/05 | Letter to Donald Weidemann from Frances Taitague-Mantanona. Moved to admit into evidence. Objection by Mr. Ledger. The Court Granted the admission. |
| | | | | | | 1:49:41 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | BB | 12/6/05 | 12/6/05 | 12/6/05 | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel. Mr. Ledger moved to admit Exhibit B into evidence. Objection. Admitted. |
| | | | | | | Objection - document does not apply to personnel matters. The Court allowed the question. |
| | | | | | | 2:13:28 End of CX |
| | | | | | | Re-DX by Mr. Perez |
| | | BB | | 12/6/05 | | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel |
| | 33 | | | 12/6/05 | | Letter to Donald Weidemann from Frances Taitague-Mantanona |
| | | | | | | 2:23:09 End of Re-DX |
| | | | | | | Re-CX by Mr. Ledger |
| | 33 | | | 12/6/05 | | Letter to Donald Weidemann from Frances Taitague-Mantanona |
| | | BB | | 12/6/05 | | Guam SDA Workforce Confidentiality Agreement signed by Julie Emmanuel |
| | | | | | | Objection as to who provided information. Sustained. Objection by Mr. Perez to strike evidence. Overruled. |
| | | | | | | 2:29:05 End of Re-CX |
| | | | | | | 2:29:11 Witness Excused |
| | | | | | | *2:29:30 10 Minute Recess* |
| | | | | | | 2:40:33 Mr. Sablan called Ms. Hofer as a witness. Mr. Ledger objected. The Court allowed the witness to testify. |
| | | | | | | **2:43:42 Pamia Hofer, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | 76 | | 12/6/05 | 12/6/05 | | Letter to Dr. Robinson from Pamina J. Hofer. Mr. Ledger objected to the admission. The Court ruled the exhibit be marked for identification. |
| | 77 | | 12/6/05 | 12/6/05 | | Letter to Dr. Lombard from Pamina J. Hofer. |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE **D. LOWELL JENSEN** — PLAINTIFF'S ATTORNEY **SEE ATTACHED** — DEFENDANT'S ATTORNEY **SEE ATTACHED** — HEARING DATE(S) **DECEMBER 6 - 13, 2005** — COURT REPORTER **WANDA MILES** — COURTROOM DEPUTY **VIRGINIA T. KILGORE** |
| | 78 | | 12/6/05 | 12/6/05 | | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. Exhibit marked for identification. |
| | 79 | | 12/6/05 | 12/6/05 | | Letter to Pamina J. Hofer from Lou Aquiningoc, HCAP Coordinator, Guam Seventh-Day Adventist Clinic. Exhibit marked for identification. |
| | 80 | | 12/6/05 | 12/6/05 | | Letter from Pamina J. Hofer, Ph.D. Marked for identifcation. |
| | 81 | | 12/6/05 | 12/6/05 | | Letter to Julie Emmanuel from Michael Robinson, Medical Director, Guam Seventh-Day Adventist Clinic. Objection. Sustained. Exhibit marked for identification. |
| | 82 | | 12/6/05 | 12/6/05 | | Letter to Hofer Clinic from HCAP Coordinator, Guam Seventh Day Adventist Clinic. Objection to exhibit. Marked for identification. |
| | 83 | | 12/6/05 | 12/6/05 | | SDA Clinic Employee Health Insurance Referral/Pre-Certification for Julie B. Emmanuel. Objection to 83, 84 and 85. All marked for identification. |
| | | | | | | *3:34:28 BREAK* |
| | | | | | | **3:46:07 Continued DX by Mr. Sablan** |
| | | | | | | 3:50:58 End of DX |
| | | | | | | CX by Mr. Ledger |
| | 80 | | | | | Letter from Pamina J. Hofer, Ph.D. |
| | | | | | | Objections raised during questioning. |
| | 77 | | | | | Letter to Dr. Lombard from Pamina J. Hofer. |
| | 80 | | | | | Letter from Pamina J. Hofer, Ph.D. |
| | | | | | | 4:14:19 End of DX |
| | | | | | | Re-CX by Mr. Sablan |
| | | | | | | 4:16:50 End of Re-CX - Witness Excused |
| | | | | | | *4:17:59 END DAY 1* |
| | | | | | | *9:01:14 BEGIN DAY 2, DECEMBER 7, 2005* |
| | | | | | | **9:03:55 Violet Clark Cruz, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | 47 | AA | 12/7/05 | 12/7/05 | 12/7/05 | Guam SDA Clinic, AD HOC Committee on Saving and Efficiency |
| | 56 | | 12/7/05 | 12/7/05 | 12/7/05 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | | | | | | *10:25:05 BREAK* |
| | | | | | | 10:38:11 Court instructed Counsel to inform any potential witnesses to remain outside the courtroom until called. |
| | | | | | | Continued DX by Mr. Sablan |
| | 2 | | | 12/7/05 | | Operating Policy of the Guam-Micronesia Mission of Seventh-Day Adventists |
| | | | | | | 11:06:03 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | A | 12/7/05 | 12/7/05 | 12/7/05 | 7/10/03 Clinic Board Minutes |
| | | AA | 12/7/05 | 12/7/05 | 12/7/05 | 5/8/03 Ad Hoc Committee Report on Savings and Efficiency (Exhibit 1 to Violet Cruz's Deposition) |
| | | | | | | 11:28:15 End of CX |
| | | | | | | Re-DX by Mr. Sablan |
| | 56 | | 12/7/05 | 12/7/05 | 12/7/05 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | 47 | | 12/7/05 | 12/7/05 | 12/7/05 | Guam SDA Clinic, AD HOC Committee on Saving and Efficiency |
| | | | | | | 11:39:23 End of Re-DX (Witness Excused) |
| | | | | | | **11:39:58 Ernesto Jano, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | | | | | | *12:02:03 RECESS UNTIL 1:30 p.m.* |
| | | | | | | 1:32:45 Continued DX by Mr. Sablan |
| | 46 | | | 12/7/05 | | Ad Hoc Committee to Save Money and find Efficiencies |
| | 47 | | 12/7/05 | 12/7/05 | 12/7/05 | Guam SDA Clinic, AD HOC Committee on Saving and Efficiency |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | |
| | 56 | | 12/7/05 | 12/7/05 | 12/7/05 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | | | | | | 2:43:36 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | A | 12/7/05 | 12/7/05 | 12/7/05 | 7/10/03 Clinic Board Minutes |
| | | AA | 12/7/05 | 12/7/05 | 12/7/05 | 5/8/03 Ad Hoc Committee Report on Savings and Efficiency (Exhibit 1 to Violet Cruz's Deposition) |
| | | | | | | 2:49:14 End of CX |
| | | | | | | Re-DX by Mr. Sablan |
| | | | | | | End of Re-DX |
| | | | | | | *2:50:30 BREAK* |
| | | | | | | **3:06:23 Rogelio Natividad, called and sworn (Interpreter Primo Caburian sworn)** |
| | | | | | | DX by Mr. Sablan |
| | | | | | | 3:41:46 End of DX |
| | | | | | | CX by Ms. McDonald |
| | | K | | 12/7/05 | | 10/21/98 Letter from J. Emmanuel to R. Natividad |
| | | | | | | 3:50:33 End of CX |
| | | | | | | Re-DX by Mr. Sablan |
| | | | | | | 3:55:04 End of Re-DX (Witness Excused) |
| | | | | | | **3:55:40 Jolene Brecht called by Mr. Perez. Witness was not present.** |
| | | | | | | Mr. Perez requested to call Richard Bretch as a witness. Mr. Ledger objected. The Court allowed Mr. Brecht to testify. |
| | | | | | | **4:00:59 Richard Bruce Brecht, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | 4:15:18 End of DX (Witness Excused) |
| | | | | | | *4:18:58 END DAY 2* |
| | | | | | | *10:01:52 BEGIN DAY 3* |
| | | | | | | **10:02:24 Jolene Brecht, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | | | | | | 10:16:45 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | | | | | 10:22:35 End of CX |
| | | | | | | Re-DX by Mr. Perez |
| | | | | | | 10:30:31 End of Re-DX |
| | | | | | | Re-CX by Mr. Ledger |
| | | | | | | 10:31:36 End of Re-CX |
| | | | | | | Re-DX by Mr. Perez |
| | | | | | | 10:32:36 Witness Excused |
| | | | | | | **10:32:58 Julia Borja Emmanuel, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | | | | | | *11:22:14 BREAK* |
| | | | | | | 11:32:17 Continued DX by Mr. Sablan |
| | 12 | B | 12/8/05 | 12/8/05 | 12/8/05 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel |
| | | | | | | *12:00:04 BREAK* |
| | | | | | | 1:34:15 Continued DX by Mr. Sablan |
| | 12 | B | 12/8/05 | 12/8/05 | 12/8/05 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel |
| | 18 | | 12/8/05 | 12/8/05 | 12/8/05 | Guam SDA Clinic Homeowner's Allowance Policy |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | 12 | | 12/8/05 | 12/8/05 | 12/8/05 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel |
| | 10 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton |
| | 13 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 14 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 15 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 16 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Bill Taitague, Associate Administrator |
| | 17 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | | | | | | *2:46:06 BREAK* |
| | | | | | | **3:07:48 Court Resumes** |
| | | | | | | Continued DX by Mr. Sablan |
| | 19 | | 12/8/05 | 12/8/05 | 12/8/05 | Memo to All Clinic Employees from Mark Eaton, Administrator |
| | 30 | | 12/8/05 | 12/8/05 | 12/8/05 | Letter to Julie Emmanuel from George Weathersby |
| | 39 | | | 12/8/05 | | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | 32 | | 12/8/05 | 12/8/05 | 12/8/05 | Guam Seventh-Day Adventist Clinic Administrative Council Minutes (Group Exhibit) |
| | 56 | | 12/7/05 | 12/8/05 | 12/7/05 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | 12 | | 12/8/05 | 12/8/05 | 12/8/05 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel |
| | 40 | | 12/8/05 | 12/8/05 | 12/8/05 | Guam Seventh-Day Adventist Clinic Human Resources Department Organization Chart (Revised September 2002). |
| | 41 | | 12/8/05 | 12/8/05 | 12/8/05 | Guam Seventh-Day Adventist Clinic Chief Financial Officer Support Organization Chart (Revised September 2002). |
| | | | | | | *4:14:43 END DAY 3* |
| | | | | | | *10:01:01 BEGIN DAY 4* |
| | | | | | | **10:01:35 Michael John Mahoney, called and sworn** |
| | | | | | | DX by Mr. Ledger |
| | | R | 12/9/05 | 12/9/05 | 12/9/05 | 6/29/01 Receipt by J. Emmanuel of Guam SDA Clinic Anti-Discrimination and Harassment Policy |
| | | F | 12/9/05 | 12/9/05 | 12/9/05 | FY 2003 Statement of Income and Expense |
| | | C | 12/9/05 | 12/9/05 | 12/9/05 | Emails from M. Mahoney to B. Geslani dated 7/20/04 |
| | | AA | 12/7/05 | 12/9/05 | 12/7/05 | 5/8/03 Ad Hoc Committee Report on Savings and Efficiency (Exhibit 1 to Violet Cruz's Deposition) |
| | | V | | 12/9/05 | | 2/27/03 Letter from M. Mahoney to J. Emmanuel |
| | | A | 12/7/05 | 12/9/05 | 12/7/05 | 7/10/03 Clinic Board Minutes |
| | | W | 12/9/95 | 12/9/05 | 12/9/95 | 7/25/03 Letter from M. Mahoney to J. Emmanuel |
| | | B | 12/8/05 | 12/9/05 | 12/8/05 | Employment Agreement between Guam Seventh-Day Adventist Clinic and Julie Emmanuel |
| | | D | 12/9/05 | 12/9/05 | 12/9/05 | Chart: Mid-2001 Ethnic and Gender Breakdown at SDA Clinic |
| | | E | 12/9/05 | 12/9/05 | 12/9/05 | Chart: Mid-2004 Ethnic and Gender Breakdown of staff at SDA Clinic |
| | | | | | | *11:53:14 BREAK* |
| | | | | | | 1:34:37 Continued DX by Mr. Ledger |
| | | Z | 12/9/05 | 12/9/05 | 12/9/05 | 8/18/03 Email from M. Mahoney to J. Emmanuel |
| | | | | | | 1:43:50 End of DX |
| | | | | | | CX by Mr. Perez |
| | | M | 12/9/05 | 12/9/05 | 12/9/05 | 9/21/01 Minutes of Meeting |
| | | F | 12/9/05 | 12/9/05 | 12/9/05 | FY 2003 Statement of Income and Expense |
| | | H | 12/9/05 | 12/9/05 | 12/9/05 | FY 2001 Statement of Income and Expense |
| | | I | | 12/9/05 | | FY 1999 Statement of Income and Expense |
| | | | | | | *2:40:10 BREAK* |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PRESIDING JUDGE** D. LOWELL JENSEN — **PLAINTIFF'S ATTORNEY** SEE ATTACHED — **DEFENDANT'S ATTORNEY** SEE ATTACHED |
| | | | | | | **HEARING DATE(S)** DECEMBER 6 - 13, 2005 — **COURT REPORTER** WANDA MILES — **COURTROOM DEPUTY** VIRGINIA T. KILGORE |
| | | I | 12/9/05 | 12/9/05 | 12/9/05 | Mr. Perez moved to admit Exhibit I. No objection. |
| | | | | | | 2:53:41 Continued CX by Mr. Perez |
| | | A | 12/7/05 | 12/9/05 | 12/7/05 | 7/10/03 Clinic Board Minutes |
| | | D | 12/9/05 | 12/9/05 | 12/9/05 | Chart: Mid-2001 Ethnic and Gender Breakdown at SDA Clinic |
| | | C | 12/9/05 | 12/9/05 | 12/9/05 | Emails from M. Mahoney to B. Geslani dated 7/20/04 |
| | | K | | | | 10/21/98 Letter from J. Emmanuel to R. Natividad |
| | | | | | | 3:59:47 End of DX |
| | | | | | | Re-DX by Mr. Ledger |
| | | F | 12/9/05 | 12/9/05 | 12/9/05 | FY 2003 Statement of Income and Expense |
| | | X | | 12/9/05 | | 1/1/02 - 12/31/02 Employee Earnings Report |
| | | | | | | 4:05:02 End of Re-DX (Witness Excused) |
| | | | | | | *4:05:30 END DAY 4* |
| | | | | | | *9:09:00 BEGIN DAY 5* |
| | | | | | | 9:09:34 Julia Borja Emmanuel, previously sworn |
| | | | | | | DX by Mr. Sablan |
| | | 40 | 12/8/05 | 12/12/05 | 12/8/05 | Guam Seventh-Day Adventist Clinic Human Resources Department Organization Chart (Revised September 2002). |
| | | 41 | 12/8/05 | 12/12/05 | 12/8/05 | Guam Seventh-Day Adventist Clinic Chief Financial Officer Support Organization Chart (Revised September 2002). |
| | | 86 | 12/12/05 | 12/12/05 | 12/12/05 | Guam Micronesia Mission Report (Mr. Ledger objected as to relevance - Overruled) |
| | 1 | | 12/12/05 | 12/12/05 | 12/12/05 | By-Laws for Guam SDA Clinic |
| | 2 | | | 12/12/05 | | Operating Policy of the Guam-Micronesia Mission of Seventh-Day Adventists |
| | | | | | | *10:26:14 BREAK* |
| | | | | | | 10:42:42 Continued DX by Mr. Sablan |
| | 2 | | 12/12/05 | 12/12/05 | 12/12/05 | Operating Policy of the Guam-Micronesia Mission of Seventh-Day Adventists |
| | 5 | | 12/12/05 | 12/12/05 | 12/12/05 | Excerpts of Guam Seventh-Day Adventist Employee Handbook |
| | 7 | | 12/12/05 | 12/12/05 | 12/12/05 | Julie Emmanuel's Miscellaneous Payroll change Notice |
| | 9 | | | 12/12/05 | | Ad Council Recommendation to the Ad Hoc Committee's Report |
| | | 46 | 12/12/05 | 12/7/05 | 12/12/05 | Ad Hoc Committee to Save Money and find Efficiencies |
| | 9 | | | 12/12/05 | | Ad Council Recommendation to the Ad Hoc Committee's Report |
| | | | | | | *11:26:02 BREAK* |
| | | | | | | 11:34:38 Continued DX by Mr. Sablan |
| | 9 | | 12/12/05 | 12/12/05 | 12/12/05 | Ad Council Recommendation to the Ad Hoc Committee's Report |
| | | 49 | 12/12/05 | 12/12/05 | 12/12/05 | Janitorial Bidding for the Guam Seventh-Day Adventist Clinic from Julie Emmanuel |
| | 24 | | 12/12/05 | 12/12/05 | 12/12/05 | Guam-Micronesia Mission Notes to the Combined Financial Statements |
| | 34 | | 12/12/05 | 12/12/05 | 12/12/05 | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes |
| | 35 | | 12/12/05 | 12/12/05 | 12/12/05 | Guam Seventh-Day Adventist Clinic, Administrative Council Minutes |
| | 39 | | 12/12/05 | 12/8/05 | 12/12/05 | Guam Seventh-Day Adventist Clinic, Clinic Board Minutes |
| | | | | | | *12:02:14 LUNCH BREAK* |
| | | | | | | 1:35:06 Continued DX by Mr. Sablan |
| | 37 | | 12/12/05 | 12/12/05 | 12/12/05 | Guam SDA Clinic Board Minutes |
| | 68 | | 12/12/05 | 12/12/05 | 12/12/05 | Memo to Julie Emmanuel from Tomas Leon Guerrero and Robert E. Stahlnecker |
| | 29 | | 12/12/05 | 12/6/05 | 12/12/05 | Email to Thelma Selerio from Daniel Weidemann |
| | 70 | | 12/12/05 | 12/12/05 | 12/12/05 | Invitation to 2003 SDA Clinic Christmas Party |
| | 71 | | 12/12/05 | 12/12/05 | 12/12/05 | Letter to the Nominating Committee from Julie B. Emmanuel |
| | 75 | | 12/12/05 | 12/12/05 | 12/12/05 | Amended Copy of Wages and Benefits Comparison |
| | | | | | | *2:25:58 BREAK* |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE: D. LOWELL JENSEN — PLAINTIFF'S ATTORNEY: SEE ATTACHED — DEFENDANT'S ATTORNEY: SEE ATTACHED |
| | | | | | | HEARING DATE(S): DECEMBER 6 - 13, 2005 — COURT REPORTER: WANDA MILES — COURTROOM DEPUTY: VIRGINIA T. KILGORE |
| | | | | | | 2:41:40 Continued DX by Mr. Sablan |
| | 87 | | 12/12/05 | 12/12/05 | | Seventh-Day Adventist Church (Objection by Mr. Ledger - Marked for identification) |
| | | | | | | 2:46:48 End of DX |
| | | | | | | CX by Mr. Ledger |
| | | B | 12/8/05 | 12/12/05 | 12/8/05 | 9/1/02 Employment Agreement |
| | 13 | | 12/8/05 | 12/12/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | | CC | | 12/12/05 | | Check dated 11/25/92 |
| | | DD | | 12/12/05 | | Check dated 12/24/92 |
| | | EE | | 12/12/05 | | Check dated 1/25/93 |
| | | FF | | 12/12/05 | | Check dated 2/25/93 |
| | 14 | | 12/8/05 | 12/12/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 15 | | 12/8/05 | 12/12/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 16 | | 12/8/05 | 12/12/05 | 12/8/05 | Letter to Julie Emmanuel from Bill Taitague, Associate Administrator |
| | 17 | | 12/8/05 | 12/12/05 | 12/8/05 | Letter to Julie Emmanuel from Mark Eaton, Administrator |
| | 20 | | | 12/12/05 | | Letter to Julie Emmanuel from Tracee Kaipat |
| | 61 | | | 12/12/05 | | Letter to Administrative Council Members from Julie Emmanuel |
| | 62 | | | 12/12/05 | | Email to Julie Emmanuel and Ed Emmanuel from Michael Mahoney |
| | | L | | 12/12/05 | | 11/1/98 Payroll Change Notice |
| | 29 | | 12/12/05 | 12/6/05 | 12/12/05 | Email to Thelma Selerio from Daniel Weidemann |
| | 70 | | 12/12/05 | 12/12/05 | 12/12/05 | Invitation to 2003 SDA Clinic Christmas Party |
| | | | | | | Deposition of Julie Emmanuel |
| | 69 | | | 12/12/05 | | Letter to Ed Emmanuel from J.C. Urban |
| | | | | | | 4:06:45 End of CX |
| | | | | | | Witness Excused |
| | | | | | | **4:07:54 Eduardo Emmanuel, called and sworn** |
| | | | | | | DX by Mr. Sablan |
| | 49 | | 12/12/05 | 12/12/05 | 12/12/05 | Janitorial Bidding for the Guam Seventh-Day Adventist Clinic from Julie Emmanuel |
| | | | | | | ***4:33:55 END DAY 5*** |