DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
BENCH TRIAL



FILED
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00030          DATE: 12/14/2005

CAPTION: <u>JULIA BORJA EMMANUEL - vs - GUAM SEVENTH-DAY ADVENTIST CLINIC, et al.</u>

***

**HON. D. LOWELL JENSEN, Designated Judge, Presiding**          Law Clerk: Cheryl Kahn
Official Court Reporter: Wanda Miles                              Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 1:07:27 - 1:52:46;**           CSO: B. Pereda
**2:02:21 - 3:09:52; 3:25:51 - 4:00:26**

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**                                    **COUNSEL FOR DEFENDANT(s):**

PETER SABLAN                                                     DAVID LEDGER

PETER C. PEREZ                                                   ELYZE MCDONALD

JULIA BORJA EMMANUEL                                             FRANCES MANTANONA

***

### DAY NO. _7_ OF TRIAL

( X ) COURT TRIAL
(   ) OPENING STATEMENT BY THE ____Plaintiff  ____Defendant
(   ) WITNESSES SWORN AND EXAMINED          (   ) EXHIBITS MARKED AND ADMITTED
   SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

( X ) CLOSING ARGUMENT BY THE  _X_ Plaintiff  _X_ Defendant

(   ) TRIAL CONTINUED TO: _____ at _____

**NOTES:**

<u>Ms. McDonald argued the Motion for Judgment as a Matter of Law. The Court DENIED the motion as stated on the record. No further written order will follow. The Court addressed Defendant's objections to the Deposition of Kersten Reese.</u>

<u>The Court instructed parties to file any post-trial briefs by January 13, 2006.</u>