
UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>        Plaintiff,<br><br>        v.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>        Defendants. | No. C-03-00030<br><br>ORDER |

    On November 29, 2005, Defendants filed a motion in limine to exclude evidence from trial protected by the attorney-client privilege. On December 1, 2005, Defendants filed a motion to quash the subpoena of attorney Meredith Sayre, requiring her attendance at the trial in this case. Both motions were resolved at trial.

    The trial in this case concluded on December 14, 2005, and these two pre-trial motions are now moot. The docket is hereby ordered to reflect that these motions are no longer pending.

    IT IS SO ORDERED

Dated: December 14, 2005

                                          D. Lowell Jensen
                                          United States District Judge

ORIGINAL