# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julia Borja Emmanuel, | Case No. 1:03-cv-00030 |
| Plaintiff, | |
| vs. | |
| Guam Seventh-Day Adventist Clinic, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order filed December 14, 2005* on the dates indicated below:

Lujan, Aguigui and Perez LLP          Carlsmith Ball
December 16, 2005                      December 16, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed December 14, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 19, 2005                /s/ Renee M. Martinez
                                        Deputy Clerk