LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
JAN 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00030<br><br><br>**MOTION FOR EXTENSION OF TIME TO SUBMIT THE POST TRIAL BRIEF** |

Plaintiff Julia Borja Emmanuel, by the law firm of LUJAN AGUIGUI & PEREZ LLP, by Peter J. Sablan, Esq., moves the Court for its order to extend time for the parties to submit the Post Trial Brief for the above-entitled action from the presently set date of January 13, 2006, for a week, or January 20, 2006. This motion is made for the reason that Plaintiff and Plaintiff's counsel need more time to coordinate in finalizing the post trial brief.

Dated this 12th day of January, 2006.

　　　　　　　　　　　　　　　　　　　　LUJAN, AGUIGUI & PEREZ LLP

　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　PETER J. SABLAN, ESQ.
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Julie Borja Emmanuel*