LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

FILED
DISTRICT COURT OF GUAM
JAN 12 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JULIA BORJA EMMANUEL,

    Plaintiff,

-vs-

GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,

    Defendants.

CIVIL CASE NO. 03-00030

**DECLARATION OF PETER J. SABLAN**

I, PETER J. SABLAN, declare and state that:

1. I am an associate in the law firm of **LUJAN AGUIGUI & PEREZ LLP**, counsel for Plaintiff Julia Borja Emmanuel.

2. The Plaintiff request one week extension to file her post trial brief.

3. The Plaintiff needs more time to coordinate and finalize the post trial brief with her counsel.

4. The extension is requested and, if granted, will allow both parties an extra week.

5. Plaintiff's counsel contacted Defendants' counsel to request a stipulated extension and it was denied.

6. For this reason I respectfully request that the due date for the post trial brief be extended for a week and set for January 20, 2006.

1     I declare under penalty of perjury, that the foregoing is true and correct.

2     Dated this 12th day of January, 2006.

                                                                         _____

                                                                         PETER J. SABLAN, ESQ.

Julia Borja Emmanuel v. Guam Seventh-Day Adventist Clinic, et al.,
Civil Case No. CV03-00030
Declaration of Peter J. Sablan

2

Case 1:03-cv-00030    Document 110    Filed 01/12/2006    Page 2 of 2