**LUJAN, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL, | CIVIL CASE NO. 03-00030 |
| Plaintiff, | |
| -vs- | |
| | **CERTIFICATE OF SERVICE** |
| GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10, | |
| Defendants. | |

I, PETER J. SABLAN, ESQ., do hereby declare under penalty of perjury that on the 12th day of January, 2006, I caused a copy of the NOTICE OF MOTION FOR EXTENSION, MOTION FOR EXTENSION OF TIME TO SUBMIT THE POST TRIAL BRIEF, AND DECLARATION OF PETER J. SABLAN to be served via hand delivery on the following:

David P. Ledger, Esq.
**CARLSMITH BALL** LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 12th day of January, 2006.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julia Borja Emmanuel*

ORIGINAL