ORIGINAL ●            ●



FILED
DISTRICT COURT OF GUAM

JAN 12 2006

MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV03-00030<br><br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL BRIEFS; DECLARATION OF SERVICE** |

On January 12, 2006 Plaintiff filed a motion for more time to file post-trial briefs. Defendants oppose the motion for the following reasons.

1.      It has been one month since the trial ended with the Court ordering the parties to file post trial briefs in thirty days, January 13, 2006. Defendants have been diligent in the preparation of their brief and are prepared to timely file it. Defendants' representatives and Defendants' counsel have sacrificed professional and personal time to timely prepare their brief. Moreover, the Court was quite clear in its instructions that post trial briefs are to be file *simultaneously* - so that neither party is "responding" to the other's brief. Accordingly, since the

Court has not given leave for Defendants to file late, Plaintiff must likewise file the post trial brief on January 13, 2006.

2.      Though Defendants are obviously unable to comment in detail on Plaintiff's stated reason of "needing more time to coordinate in finalizing the brief", Defendants assert that with diligence, one month is sufficient time to prepare a post trial brief following a seven day trial.

3.      It took two and one half years to get this case to trial. Due to the scheduling needs of the Court, the case was, to the great consternation of Defendants, continued twice. Then, on the eve of the December 6, 2005 trial, Plaintiff requested an extension until February 2006, which the Court denied. The Court should deny the motion for more time to file post trial briefs in that the sooner the briefs are filed, the sooner the Court will render a decision. Defendant asserts that the stakes in this case are such that the Court's ruling should be sooner rather than later.

4.      Though Counsel's Declaration in support of Plaintiff's Motion states at paragraph 4. that the extension "will allow both parties more time", Defendants' brief is ready to file now, Defendants neither need nor want more time.

DATED: Hagåtña, Guam, January 12, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendants
Guam Seventh-Day Adventist Clinic,
Guam-Micronesia Mission, and
Michael Mahoney

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on January 12, 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL BRIEFS upon Plaintiff's Counsel of record as follows:

> Peter J. Sablan, Esq.
> Lujan, Aguigui & Perez, LLP
> Suite 301, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

Executed this 12th day of January 2006 at Hagåtña, Guam.

DAVID LEDGER