ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Guam Seventh-day Adventist Clinic,
Guam-Micronesia Mission



FILED
DISTRICT COURT OF GUAM

JAN 12 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>  Plaintiff,<br><br>vs.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>  Defendants. | CIVIL CASE NO. CIV03-00030<br><br>**DECLARATION OF DAVID LEDGER; DECLARATION OF SERVICE** |

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel of record and trial counsel for Defendants.

2. I am a United States citizen and over the age of twenty one (21).

3. I am a member in good standing of the Guam Bar and am admitted to practice in this United States District Court.

4. At the conclusion of the trial of this action on December 13, 2005, the Court ordered post trial briefs in thirty days, January 13, 2006.

4811-2243-7888.1.037391-00004

5. The Court ordered the parties to file post trial briefs *simultaneously* - so that neither party would be "responding" to the other's brief. In the same vein, the Court informed counsel that no "supplemental" briefs would be permitted.

6. Since Plaintiff is not seeking a shortened time to hear the Motion for an extension to file a post trial brief, it is unclear whether or not the Court will act on the motion before the close of business on January 13, 2006.

7. This uncertainty puts Defendant in a difficult spot: if Defendant timely files and Plaintiff does not, or if Defendant files only to have the Court subsequently give Plaintiff more time, then Defendant is prejudiced because Plaintiff will have the opportunity to "respond" to and rebut Defendants brief, which is exactly what the Court sought to avoid in ordering simultaneous briefs and no supplemental briefs. If Defendant does not file on January 13, 2006, and the Court denies Plaintiff's motion for more time, then Defendant will have filed late even though their brief could have been timely filed.

8. Notwithstanding the dilemma explained in Paragraph 7 above, Defendants will *not* file their brief unless and until either (1) the Court acts on Plaintiff's Motion, or (2) Plaintiff files the post trial brief.

Executed this 12th day of January 2006 at Hagåtña, Guam 96910.

_____
DAVID LEDGER

3.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on January 12, 2006, I will cause to be served, via hand delivery, a true and correct copy of DECLARATION OF DAVID LEDGER upon Plaintiff's Counsel of record as follows:

>Peter J. Sablan, Esq.
>Lujan, Aguigui & Perez, LLP
>Suite 301, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

Executed this 12 day of January 2006 at Hagåtña, Guam.

_____
DAVID LEDGER