```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF GUAM
```



FILED
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT

JULIA BORJA EMMANUEL,           )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                )   No. C-03-00030
GUAM SEVENTH-DAY ADVENTIST      )
CLINIC, GUAM-MICRONESIA         )
MISSION, MICHAEL MAHONEY, and   )
DOES 1 through 10,              )
                                )   ORDER
        Defendants.             )
                                )

On January 12, 2006, Plaintiff filed a motion for extension of time, requesting that the Court continue the date for both parties to submit their post trial briefing in this case from the presently set date of January 13, 2006 to January 20, 2006.

Plaintiff submits the declaration of counsel Peter J. Sablan in support of the motion for extension of time. The affidavit states that the Plaintiff needs more time to coordinate and finalize the post trial brief with her counsel.

In their opposition to Plaintiff's motion for extension of time, Defendants argue that there has been sufficient time to prepare a post trial brief following the seven day trial in this case, which concluded on December 13, 2005. Defendants also note that their representatives and counsel have been diligent in the preparation of their brief and are prepared to timely file it. Defendants submit the declaration of counsel David Ledger, which states that "Defendants will *not* file their brief unless and until either (1) the Court acts on Plaintiff's

ORIGINAL

1  Motion, or (2) Plaintiff files the post trial brief."
2       Having considered the arguments of counsel, the papers
3  submitted, and the record in this case, the Court GRANTS
4  Plaintiff's motion for extension of time. Both parties are to
5  submit their post trial briefs on January 20, 2006.
6
7       IT IS SO ORDERED
8  Dated in Oakland, California:   January 12, 2006

                                    _____
                                          D. Lowell Jensen
                                    United States District Judge



**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>        Plaintiff,<br><br>    v.<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>        Defendants. | No. C-03-00030<br><br>**ORDER** |

On January 12, 2006, Plaintiff filed a motion for extension of time, requesting that the Court continue the date for both parties to submit their post trial briefing in this case from the presently set date of January 13, 2006 to January 20, 2006.

Plaintiff submits the declaration of counsel Peter J. Sablan in support of the motion for extension of time. The affidavit states that the Plaintiff needs more time to coordinate and finalize the post trial brief with her counsel.

In their opposition to Plaintiff's motion for extension of time, Defendants argue that there has been sufficient time to prepare a post trial brief following the seven day trial in this case, which concluded on December 13, 2005. Defendants also note that their representatives and counsel have been diligent in the preparation of their brief and are prepared to timely file it. Defendants submit the declaration of counsel David Ledger, which states that "Defendants will *not* file their brief unless and until either (1) the Court acts on Plaintiff's

| | |
|---|---|
| 1 | Motion, or (2) Plaintiff files the post trial brief." |
| 2 |     Having considered the arguments of counsel, the papers |
| 3 | submitted, and the record in this case, the Court GRANTS |
| 4 | Plaintiff's motion for extension of time.  Both parties are to |
| 5 | submit their post trial briefs on January 20, 2006. |
| 6 | |
| 7 |     IT IS SO ORDERED |
| 8 | Dated in Oakland, California:  January 12, 2006 |

                              D. Lowell Jensen
                              United States District Judge