# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julia Borja Emmanuel,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Seventh-Day Adventist Clinic, et al.,<br><br>Defendants. | Case No. 1:03-cv-00030<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Motion for Extension of Time, filed January 13, 2006, on the dates indicated below:

Lujan, Aguigui and Perez LLP                    Carlsmith Ball
January 13, 2006                                         January 13, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Motion for Extension of Time

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 13, 2006                                /s/ Renee M. Martinez
                                                                         Deputy Clerk