LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Julia Borja Emmanuel*

**FILED**
DISTRICT COURT OF GUAM
JAN 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIA BORJA EMMANUEL,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00030<br><br>**CERTIFICATE OF SERVICE** |

I, PETER J. SABLAN, ESQ., do hereby declare under penalty of perjury that on the 20th day of January, 2006, I caused a copy of the PLAINTIFF'S POST TRIAL BRIEF to be served via hand delivery on the following:

David P. Ledger, Esq.
**CARLSMITH BALL LLP**
Suite 401, Bank of Hawaii Building
134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 20th day of January, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER J. SABLAN, ESQ.
*Attorneys for Plaintiff Julia Borja Emmanuel*