FILED
DISTRICT COURT OF GUAM
MAR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

JULIA BORJA EMMANUEL,

   Plaintiff,

v.

GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,

   Defendants.

No. C-03-00030

**JUDGMENT**

  On March 6, 2006, the Court issued an Order setting forth Findings of Fact and Conclusions of Law in this case. Pursuant to this Order, the Court hereby enters judgment in favor of Defendants Guam Seventh-day Adventist Clinic and Guam-Micronesia Mission, and against Plaintiff Julia Borja Emmanuel.

  IT IS SO ORDERED

Dated in Oakland, California: March 6, 2006

          D. Lowell Jensen
          United States District Judge

1

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

JULIA BORJA EMMANUEL,

        Plaintiff,

    v.

GUAM SEVENTH-DAY ADVENTIST CLINIC, GUAM-MICRONESIA MISSION, MICHAEL MAHONEY, and DOES 1 through 10,

        Defendants.

No. C-03-00030

**JUDGMENT**

On March 6, 2006, the Court issued an Order setting forth Findings of Fact and Conclusions of Law in this case. Pursuant to this Order, the Court hereby enters judgment in favor of Defendants Guam Seventh-day Adventist Clinic and Guam-Micronesia Mission, and against Plaintiff Julia Borja Emmanuel.

IT IS SO ORDERED

Dated in Oakland, California: March 6, 2006

                              D. Lowell Jensen
                              United States District Judge